**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
T: 951-290-2827
F: 949-288-2054
*ben@nexusbk.com*

Attorney for Defendants

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>SHU-CHEN WU, and<br>GEO-GIANG YUE,<br><br>　　　　Debtors.<br><br>———<br><br>EMILIO CERON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SHU-CHEN WU, and<br>GEO-GIANG YUE,<br><br>　　　　Defendants. | Case No.: 6:22-bk-14173-RB<br><br>Chapter 13<br><br>Adv No.: 6:23-ap-01019-RB<br><br>**NOTICE OF HEARING ON DEFENDANTS' MOTION TO DISMISS ADVERSARY COMPLAINT**<br><br>**Hearing**<br>Date: May 2, 2023<br>Time: 2:00 pm<br>Courtroom 303<br>3420 Twelfth Street<br>Riverside, CA 92501 |

　　　　NOTICE IS HEREBY GIVEN that a hearing will be held on Defendants' Motion to Dismiss Adversary Complaint (docket #5) on May 2, 2023 at 2:00 pm. If you wish to oppose the Motion, you must file a written response with the Court and serve a copy on Movants' attorney at the address *or email* set forth in above caption no less than fourteen (14) days prior to the hearing. If you fail to file a written response, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the relief requested therein.

Date: March 21, 2023

　　　　　　　　　　　　　　　　　　　　　/s/ Benjamin Heston
　　　　　　　　　　　　　　　　　　　　　BENJAMIN HESTON

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**100 Bayview Circle, Suite 100**
**Newport Beach, CA 92660**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON DEFENDANTS' MOTION TO DISMISS ADVERSARY COMPLAINT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 3/21/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)    notice-efile@rodan13.com
Fritz J Firman    firmanweber@gmail.com, centralservice.firmanweber@gmail.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/21/2023 | **Benjamin Heston** | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**