Fritz J. Firman, Esq. (State Bar No. 117011)
1503 South Coast Drive, Suite 209
Costa Mesa, CA 92626
Tel: (714) 433-7185
Fax: (714) 662-0302

Attorneys for Judgment Creditor Emilio Ceron

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>Shu-Chen Wu<br>Geogiang Yue<br><br>Debtors,<br>_____<br>Emilio Ceron<br><br>Plaintiff,<br><br>v.<br><br>Geogiang Joseph Yue aka Joseph Yue, Shu-Chen Wu Susan Wu aka Susan Wu<br><br>Defendants. | Bankruptcy Case No. 6:22-bk-14173 RB<br><br>Adversary Case No. 6:23-ap-01019 RB<br><br>Chapter 13<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS**<br><br>Date: May 2, 2023<br>Time: 2:00 PM<br>Ctrm: 303 |

To: The Honorable Magdalena Reyes Bordeaux, United States Bankruptcy Judge, Defendants, Defendants' Attorney of Record and all parties in interest:

**REQUEST FOR JUDICIAL NOTICE**

1

1  //

2

3  //

4

5       Plaintiff Emilio Ceron hereby requests that the Court take Judicial Notice pursuant to

6  Federal rules of evidence 201 of the Quit Claim Deed from Shu Chen Wu to Global Investment.

7

8       Judicially Noticed Documents.

9

10       Attached as Exhibit 1 is a true and correct copy of the Quit Claim Deed from Shu Chen Wu
to Global Investment Inc.

11

12  DATED: April 18, 2023     WEBER FIRMAN

13

14

15       BY:   Fritz J. Firman
          Attorneys for Plaintiff
16           Emilio Ceron

---

REQUEST FOR JUDICIAL NOTICE

2

In re:
    Emilio Ceron                                           CASE NUMBER: 6:23-ap-01019-RB

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**1503 South Coast Drive, Suite 209
Costa Mesa, CA. 92626**

A true and correct copy of the foregoing document entitled (*specify*): **Request for Judicial Notice** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ____**4/18/2023**____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Rod Danielson (TR)- notice-efile@rodan13.com**

**Benjamin Heston- bhestonecf@gmail.com**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/18/2023 | Zac Ingalls | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                               **F 9013-3.1.PROOF.SERVICE**

# EXHIBIT 1

RECORDING REQUESTED BY
SHU CHEN WU

AND WHEN RECORDED MAIL DOCUMENT AND
TAX STATEMENT TO:

NAME: GLOBAL INVESTMENT, INC.
STREET ADDRESS: 2108 N ST. SUITE N
CITY, STATE & ZIP CODE: SACRAMENTO, CA 95816

TITLE ORDER NO. _____
ESCROW NO. _____

**2021-0472582**
08/06/2021 04:35 PM Fee: $ 92.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

1628

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

# QUITCLAIM DEED

TRA: 009-002
APN: 243-500-026-4

The undersigned grantor(s) declare(s)
DOCUMENTARY TRANSFER TAX $ 0.00
☐ computed on full value of property conveyed, or
☐ computed on full value less liens and encumbrances remaining at time of sale.
☐ Unincorporated Area    City of RIVERSIDE

FOR VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, I (We) SHU CHEN WU

(NAME OF GRANTOR(S))

hereby remise, release and quitclaim to GLOBAL INVESTMENT, INC.

(NAME OF GRANTEE(S))

the following described real property in the City of RIVERSIDE, County of RIVERSIDE,
State of CALIFORNIA.

(Insert Legal Description)
LOT 20 OF TRACT NO.28907-1, IN THE CITY OF RIVERSIDE, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS SHOWN BY MAP ON FILE IN BOOK 338 PAGES 26 THROUGH 32 OF MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA.

DATED: 08/06/2021

Name SHU CHEN WU

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Name _____

STATE OF CALIFORNIA
COUNTY OF Riverside

On 08/06/2021 before me, Enrique Epifano Espinoza, Notary Public
(here insert name and title of the officer)
personally appeared Shu Chen Wu
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Enrique Espinoza_ (SEAL)

MAIL TAX STATEMENT AS DIRECTED ABOVE

ENRIQUE EPIFANO ESPINOZA
COMM. #2311118
NOTARY PUBLIC - CALIFORNIA
RIVERSIDE COUNTY
My Comm. Expires Oct. 31, 2023

DOC #2021-0472582 Page 2 of 2



**PETER ALDANA**
**COUNTY OF RIVERSIDE**
**ASSESSOR-COUNTY CLERK-RECORDER**

Recorder
P.O. Box 751
Riverside, CA 92502-0751
(951) 486-7000

www.riversideacr.com

## CERTIFICATION

Pursuant to the provisions of Government Code 27361.7, I certify under the penalty of perjury that the following is a true copy of illegible wording found in the attached document:

(Print or type the page number(s) and wording below):

Lot 26 of Tract

Date: 8/06/2021

Signature: Shu-Chen Wu

Print Name: SHU CHEN WU

ACR 601 (Rev. 09/2005)          Available in Alternate Formats