**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 951.290.2827
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>SHU-CHEN WU, and<br>GEOGIANG YUE,<br><br>    Debtors.<br><br>EMILIO CERON,<br><br>    Plaintiff,<br><br>v.<br><br>SHU-CHEN WU, and<br>GEOGIANG YUE,<br><br>    Defendants. | Adv No: 6:23-ap-01019-RB<br><br>Case No.: 6:22-bk-14173-RB<br><br>Chapter 13<br><br>**STIPULATION TO CONTINUE HEARING ON DEBTOR'S MOTION TO DISMISS COMPLAINT**<br><br>**Current Hearing**<br>Date: May 2, 2023<br>Time: 2:00 p.m.<br>Courtroom 303<br><br>**Proposed Hearing**<br>Date: May 16, 2023<br>Time: 2:00 p.m.<br>Courtroom 303 |

TO THE HONORABLE MAGDELENA REYES-BORDEAUX:

Plaintiff, Emilio Ceron, and Defendants, Shu-Chen Wu, by and through their respective counsel, Benjamin Heston and Fritz Firman, hereby agree and stipulate as follows.

Respective counsel have met and conferred and agree that it would be in the best interests of all parties to continue the hearing on this Motion along with the briefing schedule. Based on the Court's self-calendaring availability, Parties are amendable to having the matter heard on May 16, 2023, or at the Court's earliest convenience

1

1 | thereafter.

2 | WHEREFORE, subject to Court approval, the Parties stipulate as follows:

3 | 1. The hearing on this Motion currently set for May 2, 2023 is taken off calendar
4 | and continued to May 16, 2023 at 2:00 p.m.

5 | 2. Defendants may submit a reply brief no later than May 9, 2023.

**NEXUS BANKRUPTCY**

Date: April 28, 2023

BENJAMIN HESTON,
Attorney for Debtors

**WEBER FIRMAN**

Date: April 28, 2023

FRITZ FIRMAN,
Attorney for Creditor

2