| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Fritz J. Firman 117011<br>Joseph A. Weber 133297<br>Weber Firman<br>1503 South Coast Drive, Suite 209<br>Costa Mesa, CA. 92626<br>Phone: (714) 433-7185<br>Fax: (714) 662-0302<br>Email: firmanweber@gmail.com<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: **Plaintiff** | **FILED & ENTERED**<br><br>**JUN 30 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** cargill    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –RIVERSIDE DIVISION**

| In re:<br><br>**SHU-CHEN WU**<br><br>**GEOGIANG JOSEPH YUE**<br><br>Debtor(s)<br><br>**EMILIO CERON**<br><br>Plaintiff(s)<br><br>vs.<br><br>**SHU-CHEN WU**<br><br>**GEOGIANG JOSEPH YUE**<br><br>Defendant(s) | CASE NO.: **6:22-bk-14173-RB**<br>CHAPTER: **7**<br>ADVERSARY NO: **6:23-ap-01019-RB**<br><br>**STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)**<br><br>DATE: **June 27, 2023**<br>TIME: **2:00 PM**<br>COURTROOM: **303**<br>ADDRESS: **3420 Twelfth Street**<br>           **Riverside, CA. 92501** |

1. A status conference took place on the date and time indicated above.
2. Parties and counsel were present as reflected in the court record.
3. This matter is disposed of as follows:
   a. ☒ Continued to the following date for a further status conference:    (*date*) **August 22, 2023** (*time*) **2:00 PM**
   b. ☒ A joint status report must be filed and served, including a judge's copy, by (*date*): **August 8, 2023**
   c. ☐ The last day to join other parties and to amend pleadings is (*specify date*): _____
   d. ☒ The last day for pre-trial motions to be filed and served, including a judge's copy, is (*date*): **December 4, 2023**
   e. ☐ The last date for pre-trial motions to be heard is (*date*): _____

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*                                    Page 1                          **F 7016-1.2.ORDER.STATUS.CONF**

f. ☒ The last day for discovery to be completed, including receiving responses to discovery requests, is *(date)*: **October 6, 2023**

g. ☒ A ☒ pre-trial stipulation or ☐ pre-trial order must be filed and lodged by *(date)* **January 2, 2024**
   ☐ No pre-trial stipulation or pre-trial order is required

h. ☒ A pre-trial conference is set for *(date)* **January 16, 2024** *(time)* **2:00 PM**
   ☐ No pre-trial conference is required

i. ☐ Estimate of time for trial *(specify number of hours)*: _____

j. ☒ A trial is set for *(date)* **March 2024** *(time)* **To Be Determined**

k. ☐ The adversary proceeding is dismissed for failure to appear or prosecute
   ☐ with prejudice   ☐ without prejudice

l. ☒ Notice of next status conference or pre-trial conference date is waived

m. ☒ Other *(specify)*: **See Attached Tentative Ruling.**

###

Date: June 30, 2023

Magdalena Reyes Bordeaux
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*                           Page 2                    **F 7016-1.2.ORDER.STATUS.CONF**

**United States Bankruptcy Court**
**Central District of California**
Riverside
Magdalena Reyes Bordeaux, Presiding
Courtroom 303 Calendar

| | |
|---|---|
| **Tuesday, June 27, 2023** | **Hearing Room 303** |

**2:00 PM**
**6:22-14173  Shu-Chen Wu**  Chapter 7
Adv#: 6:23-01019    Ceron v. Wu et al

#7.00   CONT Status Conference RE: [1] Adversary case 6:23-ap-01019. Complaint by Emilio Ceron against Shu-Chen Wu, Geogiang Yue. (62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud)),(68 (Dischargeability - 523(a)(6), willful and malicious injury)

From: 5/16/23

Also #6

EH___

Docket    1

**Tentative Ruling:**

Appearances are REQUIRED. You can appear at the hearing in person or remotely.
**For ZoomGov instructions, please see Page 1 of this week's Tentative Rulings.**

Continued Status Conference:  August 22, 2023, at 2:00 p.m.

Deadline for Filing Joint Status Report under LBR 7016-1(a)(2) (14 days before status conference) :August 8, 2023

Discovery cut-off (all discovery to be completed*): October 6, 2023

Expert witness designation deadline (if necessary): N/A

Case dispositive motion filing deadline (MSJ; 12(c)):  December 4, 2023

Pretrial conference: January 16, 2024, at 2:00 p.m.

Deadline for filing pretrial stipulation under LBR 7016-1(b)(1)(A) (14 days before pretrial conference) : January 2, 2023

**United States Bankruptcy Court**
**Central District of California**
Riverside
**Magdalena Reyes Bordeaux, Presiding**
**Courtroom 303 Calendar**

**Tuesday, June 27, 2023**                                                                 **Hearing Room    303**

2:00 PM
**CONT...    Shu-Chen Wu**                                                                    **Chapter 7**
<u>TRIAL:</u> March 2024 (date TBD)

*Completed means that all discovery under Fed. R. Civ. P. 30-36, and discovery subpoenas under Rule 45, must be initiated a sufficient period of time in advance of the cutoff date, so that it will be completed by the cut-off date, taking into account time for service, notice and response as set forth in the Federal Rules of Civil Procedure.

Meet and Confer

Counsel must promptly and in good faith meet and confer with regard to all discovery disputes in compliance with Local Rule 26

Discovery Motion Practice:

All discovery motions must be filed within 30 days of the service of an objection, answer, or response which becomes the subject of dispute or the passing of a discovery due date without response or production, and only after counsel have met and conferred and have reached an impasse with regard to the particular issue.
**A failure to comply in this regard will result in a waiver of a party's discovery issue. Absent an order of the Court, no stipulation continuing or altering this requirement will be recognized by the Court.**

PLAINTIFF TO LODGE SCHEDULING ORDER CONTAINING THESE PROVISIONS WITHIN 7 DAYS.

| Party Information |
|---|

**Debtor(s):**

Shu-Chen Wu                                Represented By
                                                          Benjamin Heston

**Defendant(s):**

Shu-Chen Wu                                Represented By
                                                          Benjamin Heston

Geogiang Joseph Yue                    Represented By
                                                          Benjamin Heston

# United States Bankruptcy Court
## Central District of California
### Riverside
### Magdalena Reyes Bordeaux, Presiding
### Courtroom 303 Calendar

**Tuesday, June 27, 2023**  **Hearing Room  303**

**2:00 PM**
**CONT...    Shu-Chen Wu**                                          Chapter 7

**Joint Debtor(s):**

Geogiang Yue                    Represented By
                                Benjamin Heston

**Plaintiff(s):**

Emilio Ceron                    Represented By
                                Fritz J Firman

**Trustee(s):**

Larry D Simons (TR)             Pro Se