United States Bankruptcy Court
Central District of California

Ceron,
    Plaintiff

Adv. Proc. No. 23-01019-RB

Wu,
    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0973-6 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 30, 2023 | Form ID: pdf031 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Emilio Ceron, C/O Weber Firman, 1503 South Coast Drive, Suitte 209, Costa Mesa, CA 92626-1534 |
| dft | + | Geogiang Joseph Yue, 7907 Horizon View Drive, Riverside, CA 92506-7568 |
| dft | + | Shu-Chen Wu, 7907 Horizon View Drive, Riverside, CA 92506-7568 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2023 at the address(es) listed below:

**Name**    **Email Address**

Benjamin Heston
    on behalf of Defendant Shu-Chen Wu bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net

Benjamin Heston
    on behalf of Defendant Geogiang Joseph Yue bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net

Fritz J Firman
    on behalf of Plaintiff Emilio Ceron firmanweber@gmail.com centralservice.firmanweber@gmail.com

Rod Danielson (TR)
    notice-efile@rodan13.com

United States Trustee (RS)
    ustpregion16.rs.ecf@usdoj.gov

District/off: 0973-6 User: admin Page 2 of 2
Date Rcvd: Jun 30, 2023 Form ID: pdf031 Total Noticed: 3
TOTAL: 5

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Fritz J. Firman 117011<br>Joseph A. Weber 133297<br>Weber Firman<br>1503 South Coast Drive, Suite 209<br>Costa Mesa, CA. 92626<br>Phone: (714) 433-7185<br>Fax: (714) 662-0302<br>Email: firmanweber@gmail.com<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: **Plaintiff** | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUN 30 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** cargill    **DEPUTY CLERK** |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA –RIVERSIDE DIVISION** ||
| In re:<br><br>**SHU-CHEN WU**<br><br>**GEOGIANG JOSEPH YUE**<br><br>Debtor(s)<br><br>**EMILIO CERON**<br><br>Plaintiff(s)<br><br>vs.<br><br>**SHU-CHEN WU**<br><br>**GEOGIANG JOSEPH YUE**<br><br>Defendant(s) | CASE NO.: **6:22-bk-14173-RB**<br>CHAPTER: **7**<br>ADVERSARY NO: **6:23-ap-01019-RB**<br><br>**STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)**<br><br>DATE: **June 27, 2023**<br>TIME: **2:00 PM**<br>COURTROOM: **303**<br>ADDRESS: **3420 Twelfth Street**<br>             **Riverside, CA. 92501** |

1. A status conference took place on the date and time indicated above.
2. Parties and counsel were present as reflected in the court record.
3. This matter is disposed of as follows:

    a. ☒ Continued to the following date for a further status conference:    (*date*) **August 22, 2023** (*time*) **2:00 PM**

    b. ☒ A joint status report must be filed and served, including a judge's copy, by (*date*): **August 8, 2023**

    c. ☐ The last day to join other parties and to amend pleadings is (*specify date*): _____

    d. ☒ The last day for pre-trial motions to be filed and served, including a judge's copy, is (*date*): **December 4, 2023**

    e. ☐ The last date for pre-trial motions to be heard is (*date*): _____

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*                                    Page 1                                    **F 7016-1.2.ORDER.STATUS.CONF**

f. ☒ The last day for discovery to be completed, including receiving responses to discovery requests, is *(date)*: **October 6, 2023**

g. ☒ A ☒ pre-trial stipulation or ☐ pre-trial order must be filed and lodged by *(date)* **January 2, 2024**
☐ No pre-trial stipulation or pre-trial order is required

h. ☒ A pre-trial conference is set for *(date)* **January 16, 2024** *(time)* **2:00 PM**
☐ No pre-trial conference is required

i. ☐ Estimate of time for trial *(specify number of hours)*: _____

j. ☒ A trial is set for *(date)* **March 2024** *(time)* **To Be Determined**

k. ☐ The adversary proceeding is dismissed for failure to appear or prosecute
☐ with prejudice   ☐ without prejudice

l. ☒ Notice of next status conference or pre-trial conference date is waived

m. ☒ Other *(specify)*: **See Attached Tentative Ruling.**

###

Date: June 30, 2023

*Magdalena Reyes Bordeaux*
Magdalena Reyes Bordeaux
United States Bankruptcy Judge

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*                                  Page 2                               F 7016-1.2.ORDER.STATUS.CONF

United States Bankruptcy Court
Central District of California
Riverside
Magdalena Reyes Bordeaux, Presiding
Courtroom 303 Calendar

Tuesday, June 27, 2023     Hearing Room   303

2:00 PM
**6:22-14173**    **Shu-Chen Wu**                                                  **Chapter 7**
Adv#: 6:23-01019     Ceron v. Wu et al

    **#7.00**     CONT Status Conference RE: [1] Adversary case 6:23-ap-01019. Complaint by Emilio Ceron against Shu-Chen Wu, Geogiang Yue. (62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud)),(68 (Dischargeability - 523(a)(6), willful and malicious injury)

         From: 5/16/23

         Also #6

         EH___

                               Docket     1

**Tentative Ruling:**

     Appearances are REQUIRED. You can appear at the hearing in person or remotely.
     **For ZoomGov instructions, please see Page 1 of this week's Tentative Rulings.**

     Continued Status Conference: August 22, 2023, at 2:00 p.m.

     Deadline for Filing Joint Status Report under LBR 7016-1(a)(2) (14 days before status conference) :August 8, 2023

     Discovery cut-off (all discovery to be completed*): October 6, 2023

     Expert witness designation deadline (if necessary): N/A

     Case dispositive motion filing deadline (MSJ; 12(c)): December 4, 2023

     Pretrial conference: January 16, 2024, at 2:00 p.m.

     Deadline for filing pretrial stipulation under LBR 7016-1(b)(1)(A) (14 days before pretrial conference) : January 2, 2023

United States Bankruptcy Court
Central District of California
Riverside
Magdalena Reyes Bordeaux, Presiding
Courtroom 303 Calendar

Tuesday, June 27, 2023                                         Hearing Room    303

2:00 PM
CONT...      Shu-Chen Wu                                                    Chapter 7
   TRIAL: March 2024 (date TBD)

*Completed means that all discovery under Fed. R. Civ. P. 30-36, and discovery subpoenas under Rule 45, must be initiated a sufficient period of time in advance of the cutoff date, so that it will be completed by the cut-off date, taking into account time for service, notice and response as set forth in the Federal Rules of Civil Procedure.

Meet and Confer

Counsel must promptly and in good faith meet and confer with regard to all discovery disputes in compliance with Local Rule 26

Discovery Motion Practice:

All discovery motions must be filed within 30 days of the service of an objection, answer, or response which becomes the subject of dispute or the passing of a discovery due date without response or production, and only after counsel have met and conferred and have reached an impasse with regard to the particular issue. **A failure to comply in this regard will result in a waiver of a party's discovery issue. Absent an order of the Court, no stipulation continuing or altering this requirement will be recognized by the Court.**

PLAINTIFF TO LODGE SCHEDULING ORDER CONTAINING THESE PROVISIONS WITHIN 7 DAYS.

| Party Information |
|---|

**Debtor(s):**

Shu-Chen Wu                          Represented By
                                     Benjamin Heston

**Defendant(s):**

Shu-Chen Wu                          Represented By
                                     Benjamin Heston

Geogiang Joseph Yue                  Represented By
                                     Benjamin Heston

**United States Bankruptcy Court**
**Central District of California**
Riverside
**Magdalena Reyes Bordeaux, Presiding**
Courtroom 303 Calendar

| | | |
|---|---|---|
| **Tuesday, June 27, 2023** | | **Hearing Room  303** |

**2:00 PM**
**CONT...**    **Shu-Chen Wu**                                                                                          **Chapter 7**

**Joint Debtor(s):**

  Geogiang Yue                              Represented By
                                                                Benjamin Heston

**Plaintiff(s):**

  Emilio Ceron                              Represented By
                                                                Fritz J Firman

**Trustee(s):**

  Larry D Simons (TR)                  Pro Se