| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Fritz J. Firman (SBN: 117011)<br>Joseph A. Weber (SBN: 133297)<br>WEBER FIRMAN<br>1503 South Coast Drive #209<br>Costa Mesa, CA 92626-1527<br>Tel: (714)662-0302<br>Fax: (714)662-0302<br>firmanweber@gmail.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Plaintiff Emilio Ceron | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br>Shu-Chen Wu<br>Geogiang Yue<br><br>                                 Debtor(s). | CASE NO.:         6:22-bk-14173 RB<br><br>ADVERSARY NO.: 6:23-ap-01019 RB<br><br>CHAPTER:          13 |
|---|---|
| Emilio Ceron<br><br>                                 Plaintiff(s).<br>vs.<br><br>Geogiang Joseph Yue<br>aka Joseph Yue, Shu-Chen Wu<br>aka Susan Wu<br><br>                                 Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE:          08/22/2023<br>TIME:          2:00 PM<br>COURTROOM: 303<br>ADDRESS:   3420 Twelfth Street<br>                  Riverside, CA  92501 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

### A. PLEADINGS/SERVICE:

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?    ☒ Yes    ☐ No

2. Have all parties filed and served answers to the Claims Documents?    ☒ Yes    ☐ No

3. Have all motions addressed to the Claims Documents been resolved?    ☒ Yes    ☐ No

4. Have counsel met and conferred in compliance with LBR 7026-1?    ☒ Yes    ☐ No

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                           Page 1                                           F 7016-1.STATUS.REPORT

5. If your answer to any of the four preceding questions is anything other than an unqualified "YES," please explain below (or on attached page):

12(B)(6) Motion Pending for June 27, 2023

Court issued a Scheduling Order June 30, 2023 as document Number 18.

B. **READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

   | Plaintiff | Defendant |
   |---|---|
   | See Attached | See Attached |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

   | Plaintiff | Defendant |
   |---|---|
   | See Attached | See Attached |

3. When do you expect to complete your discovery efforts?

   | Plaintiff | Defendant |
   |---|---|
   | See Attached | See Attached |

4. What additional discovery do you require to prepare for trial?

   | Plaintiff | Defendant |
   |---|---|
   | See Attached | See Attached |

C. **TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial (including rebuttal stage if applicable)?

   | Plaintiff | Defendant |
   |---|---|
   | 1-2 days | 1 day |

2. How many witnesses do you intend to call at trial (including opposing parties)?

   | Plaintiff | Defendant |
   |---|---|
   | 3-5 | 3-5 |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    F 7016-1.STATUS.REPORT

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| Unknown | Approximately 20-40 |

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☒ is ☐ is not requested | Pretrial conference ☒ is ☐ is not requested |
| Reasons: | Reasons: |
| Narrow Issues | |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after: | Pretrial conference should be set after: |
| (date) _____ | (date) _____ |

Already set by court's scheduling order.

E. **SETTLEMENT:**

1. What is the status of settlement efforts?

   None to date

2. Has this dispute been formally mediated?    ☐ Yes    ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☒ Yes ☐ No | ☒ Yes ☐ No |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                            Page 3                            F 7016-1.STATUS.REPORT

F. **FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☒ I do consent | ☒ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

G. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Respectfully submitted,

Date: 08/08/2023

Weber Firman
Printed name of law firm

*/s/ Fritz J Firman*
Signature

Fritz J Firman
Printed name

Attorney for: Plaintiff Emilio Ceron

Date: 8/8/2023

Nexus Bankruptcy
Printed name of law firm

*/s/ Benjamin Heston*
Signature

Benjamin Heston
Printed name

Attorney for: Defendants

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015 — Page 4 — F 7016-1.STATUS.REPORT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**1503 South Coast Drive, Suite 209**
**Costa Mesa, CA. 92626**

A true and correct copy of the foregoing document entitled (*specify*): **Joint Status Report [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __8/8/2023__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Rod Danielson Chapter 13 Trustee- rod@rodan13.com**

**Benjamin Heston- ben@nexusbk.com**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/8/2023 | Zac Ingalls | /s/ *signature* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Fritz J. Firman 117011<br>Joseph A. Weber 133297<br>Weber Firman<br>1503 South Coast Drive, Suite 209<br>Costa Mesa, CA. 92626<br>Phone: (714) 433-7185<br>Fax: (714) 662-0302<br>Email: firmanweber@gmail.com<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for:* **Plaintiff** | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUN 30 2023**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY cargill    DEPUTY CLERK |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –RIVERSIDE DIVISION**

| In re:<br><br>**SHU-CHEN WU**<br><br>**GEOGIANG JOSEPH YUE**<br><br>Debtor(s)<br><br>**EMILIO CERON**<br><br>Plaintiff(s)<br><br>vs.<br><br>**SHU-CHEN WU**<br><br>**GEOGIANG JOSEPH YUE**<br><br>Defendant(s) | CASE NO.: **6:22-bk-14173-RB**<br>CHAPTER: **7**<br>ADVERSARY NO: **6:23-ap-01019-RB**<br><br>**STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)**<br><br>DATE: **June 27, 2023**<br>TIME: **2:00 PM**<br>COURTROOM: **303**<br>ADDRESS: **3420 Twelfth Street**<br>         **Riverside, CA. 92501** |
|---|---|

1. A status conference took place on the date and time indicated above.
2. Parties and counsel were present as reflected in the court record.
3. This matter is disposed of as follows:
   a. ☒ Continued to the following date for a further status conference:    *(date)* <u>August 22, 2023</u> *(time)* <u>2:00 PM</u>
   b. ☒ A joint status report must be filed and served, including a judge's copy, by *(date)*: <u>August 8, 2023</u>
   c. ☐ The last day to join other parties and to amend pleadings is *(specify date)*: _____
   d. ☒ The last day for pre-trial motions to be filed and served, including a judge's copy, is *(date)*: <u>December 4, 2023</u>
   e. ☐ The last date for pre-trial motions to be heard is *(date)*: _____

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2014                                                      Page 1                                        F 7016-1.2.ORDER.STATUS.CONF

f. ☒ The last day for discovery to be completed, including receiving responses to discovery requests, is *(date)*: **October 6, 2023**

g. ☒ A ☒ pre-trial stipulation or ☐ pre-trial order must be filed and lodged by *(date)* **January 2, 2024**
   ☐ No pre-trial stipulation or pre-trial order is required

h. ☒ A pre-trial conference is set for *(date)* **January 16, 2024** *(time)* **2:00 PM**
   ☐ No pre-trial conference is required

i. ☐ Estimate of time for trial *(specify number of hours)*: _____

j. ☒ A trial is set for *(date)* **March 2024** *(time)* **To Be Determined**

k. ☐ The adversary proceeding is dismissed for failure to appear or prosecute
   ☐ with prejudice    ☐ without prejudice

l. ☒ Notice of next status conference or pre-trial conference date is waived

m. ☒ Other *(specify)*: **See Attached Tentative Ruling.**

###

Date: June 30, 2023

*Magdalena Reyes Bordeaux*
Magdalena Reyes Bordeaux
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2014                                Page 2                        F 7016-1.2.ORDER.STATUS.CONF