United States Bankruptcy Court

Central District of California

Ceron,
    Plaintiff

Wu,
    Defendant

Adv. Proc. No. 23-01019-RB

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 2
Date Rcvd: Nov 07, 2023      Form ID: pdf031      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Emilio Ceron, C/O Weber Firman, 1503 South Coast Drive, Suitte 209, Costa Mesa, CA 92626-1534 |
| dft | + | Geogiang Joseph Yue, 7907 Horizon View Drive, Riverside, CA 92506-7568 |
| dft | + | Shu-Chen Wu, 7907 Horizon View Drive, Riverside, CA 92506-7568 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Defendant Shu-Chen Wu bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Defendant Geogiang Joseph Yue bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Fritz J Firman | on behalf of Plaintiff Emilio Ceron firmanweber@gmail.com centralservice.firmanweber@gmail.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | |

District/off: 0973-6 User: admin Page 2 of 2
Date Rcvd: Nov 07, 2023 Form ID: pdf031 Total Noticed: 3

ustpregion16.rs.ecf@usdoj.gov

TOTAL: 5

**FILED & ENTERED**

**NOV 07 2023**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY hawkinso DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>Shu-Chen Wu and Geogiang Yue,<br><br>　　　　　Debtors. | Case No.: 6:22-bk-14173-RB<br>Chapter 7<br>Adv. Proc. No.　6:23-ap-01019-RB |
| Emilio Ceron,<br><br>　　　Plaintiff,<br><br>　　　　　vs.<br><br>Shu-Chen Wu and Geogiang Yue,<br><br>　　　Defendant. | **ORDER CONTINUING ADVERSARY STATUS CONFERENCE**<br><br>**Continued Hearing Date and Time:**<br>**Date:　　　January 23, 2024**<br>**Time:　　　2:00 p.m.**<br>**Courtroom: 303**<br><br>Current Hearing Date and Time:<br>Date:　　　January 16, 2024<br>Time:　　　2:00 p.m.<br>Courtroom: 303<br><br>(In-Person and Zoom Appearances) |

///

///

///

///

-1-

**PLEASE TAKE NOTICE** that the Adversary Status Conference, set on the Court's calendar on January 16, 2024, at 2:00 p.m., in Courtroom 303 at the Riverside Bankruptcy Court located at 3420 Twelfth Street, Riverside, California will be rescheduled to **January 23, 2024, at 2:00 p.m.**

**IT IS FURTHER ORDERED** that the deadline to file the Joint Status Report under Local Bankruptcy Rule 7016-1(a) is January 9, 2024.

### 

Date: November 7, 2023

Magdalena Reyes Bordeaux
United States Bankruptcy Judge