Fritz J. Firman, Esq. (State Bar No. 117011)
Joseph A. Weber, Esq. (State Bar No. 133297)
WEBER FIRMAN
1503 South Coast Drive, Suite 209
Costa Mesa, CA 92626
Tel: (714) 433-7185
Fax: (714) 662-0302

Attorneys for Plaintiff,
Emilio Ceron

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA- RIVERSIDE DIVISION

| | |
|---|---|
| In Re:<br><br>SHU-CHEN WU, and<br><br>GEOGIANG YUE,<br><br>Debtors. | Case No.: 6:22-bk-14173-RB<br><br>Chapter 7<br><br>Adv. Case No.: 6:23-ap-01019-RB |
| EMILIO CERON,<br><br>Plaintiff,<br><br>v.<br><br>SHU-CHEN WU, and<br><br>GEOGIANG YUE,<br><br>Defendant. | **STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>Current Date:<br>Date: March 19, 2024<br>Time: 2:00 PM<br>Ctrm: 303<br><br>Proposed Date:<br>Date: May 7, 2024<br>Time: 2:00 PM<br>Ctrm: 303 |

1

STIPULATION TO CONTINUE HEARING

## RECITALS

WHEREAS, the court continued the pre-trial as a status conference to allow the parties to go to mediation;

WHEREAS, counsel for Plaintiff and Defendants have agreed on mediators;

WHEREAS, counsel for Plaintiff has sent the request for assignment to mediation and order for mediation to Defendants' counsel;

WHEREAS, the parties have agreed that the status conference may be continued to May 7, 2024 at 2:00 PM so that the documents may be signed and the parties may complete mediation;

**IT IS HEREBY STIPULATED AND AGREED** between the parties, that the status conference in the above-captioned adversary complaint currently scheduled for March 19, 2024 at 2:00 PM in Courtroom 303 shall be continued to May 7, 2024 at 2:00 PM in Courtroom 303.

**IT IS SO STIPULATED:**

DATED: March 15, 2024

WEBER FIRMAN

By: _/s/ Fritz J. Firman_
Fritz J. Firman, Attorney for Plaintiff, Emilio Ceron

**IT IS SO STIPULATED:**

DATED: March 15, 2024

NEXUS BANKRUPTCY

By: _/s/ Benjamin Heston_
Benjamin Heston, Attorney for Debtors, Shu-Chen Wu and Geogiang Yue

2
STIPULATION TO CONTINUE HEARING

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**1503 South Coast Drive, Suite 209**
**Costa Mesa, CA. 92626**

A true and correct copy of the foregoing document entitled (*specify*) **Stipulation to Continue Status Conference** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __3/15/24__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below

**Ben Heston- bhestonecf@gmail.com**

☐   Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) ___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/15/2024 | Zac Ingalls | /s/ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                             **F 9013-3.1.PROOF.SERVICE**