Fritz J. Firman, Esq.
Weber Firman
1503 South Coast Drive, Suite 209
Costa Mesa, CA. 92626
Phone: (714) 423-7185
Email: Firmanweber@gmail.com

Attorney for Plaintiff,
Emilio Ceron

UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION

| | |
|---|---|
| In Re:<br><br>SHU-CHEN WU, GEOGIANG JOSEPH YUE,<br><br>Debtors. | BK Case No.: 6:22-bk-14173 RB<br><br><br>Adversary No.: 6:23-ap-01019 RB |
| EMILIO CERON,<br><br>Plaintiff,<br><br>GEOGIANG JOSEPH YUE aka JOSEPH YUE, SHU-CHEN WU aka SHUCHEN SUSAN WU aka SUSAN WU<br><br>Defendants. | Chapter 7<br><br>**STIPULATION TO CONTINUE TO CONTINUE STATUS CONFERENCE**<br><br>Current Date:<br>DATE: May 07, 2024<br>TIME: 2:00 PM<br>CTRM: 303 |

Whereas the parties have completed a joint pretrial stipulation;

Whereas at the case was continued to May 07, 2024 as a Status Conference and for the parties to complete mediation under the Bankruptcy Court's mediation program;

Whereas Mr. Geogiang (Joseph) Yue has been seriously ill and unable to attend mediation;

Whereas the parties need additional time to complete mediation;

1
STIPULATION TO CONTINUE STATUS CONFERENCE

Whereas the parties agree that Mr. Yue may attend the mediation remotely;

Whereas the parties stipulate and agree that the status conference currently set for May 7, 2024 at 2:00 pm may be continued for 60 days to July 9, 2024 or such other date convenient on the Court's Calendar.

IT IS SO STIPULATED

Dated: April 30, 2024

Weber Firman

By: _____
Fritz J. Firman
Attorney for Plaintiff
Emilio Ceron

IT IS SO STIPULATED

Dated: April 30, 2024

By: _____
Benjamin Heston
Attorney for Defendants,
Shu-Chen Wu and Geogiang Joseph Yue

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1503 South Coast Drive Suite 209, Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled: **Stipulation to Continue Status Conference** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On __April 30, 2024__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Benjamin Heston – bhestonecf@gmail.com

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On __April 30, 2024__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Magdalena Reyes Bordeaux
United States Bankruptcy Court
3420 Twelfth Street, Suite 365
Riverside, CA 92501-3819

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4-30-24 | Maximillian Lewicki | /s/ Maximillian Lewicki |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                     F 9013-3.1.PROOF.SERVICE