United States Bankruptcy Court
Central District of California

Ceron,
    Plaintiff

Adv. Proc. No. 23-01019-RB

Wu,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 2
Date Rcvd: May 01, 2024      Form ID: pdf031      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Emilio Ceron, C/O Weber Firman, 1503 South Coast Drive, Suitte 209, Costa Mesa, CA 92626-1534 |
| dft | + | Geogiang Joseph Yue, 7907 Horizon View Drive, Riverside, CA 92506-7568 |
| dft | + | Shu-Chen Wu, 7907 Horizon View Drive, Riverside, CA 92506-7568 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2024 at the address(es) listed below:

**Name**      **Email Address**

Benjamin Heston
     on behalf of Defendant Shu-Chen Wu bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net

Benjamin Heston
     on behalf of Defendant Geogiang Joseph Yue bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net

Fritz J Firman
     on behalf of Plaintiff Emilio Ceron firmanweber@gmail.com  centralservice.firmanweber@gmail.com

Rod Danielson (TR)
     notice-efile@rodan13.com

United States Trustee (RS)
     ustpregion16.rs.ecf@usdoj.gov

District/off: 0973-6                                  User: admin                                      Page 2 of 2
Date Rcvd: May 01, 2024                               Form ID: pdf031                                  Total Noticed: 3
TOTAL: 5

```
Fritz J. Firman, Esq. (State Bar No. 117011)
Joseph A. Weber, Esq. (State Bar No. 133297)
WEBER FIRMAN
1503 South Coast Drive, Suite 209
Costa Mesa, CA 92626
Tel: (714) 433-7185
Fax: (714) 662-0302

Attorneys for Plaintiff,
Emilio Ceron
```

**FILED & ENTERED**

**MAY 01 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY hawkinso DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA- RIVERSIDE DIVISION

| | |
|---|---|
| In Re:<br><br>SHU-CHEN WU, and<br><br>GEOGIANG YUE,<br><br><br>Debtors. | Case No.: 6:22-bk-14173-RB<br><br>Chapter 7<br><br>Adv. Case No.: 6:23-ap-01019-RB |
| EMILIO CERON,<br><br>           Plaintiff,<br><br>v.<br><br>SHU-CHEN WU, and<br><br>GEOGIANG YUE,<br><br>           Defendant. | **ORDER ON STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>Continued Date:<br>Date: July 9, 2024<br>Time: 2:00 PM<br>Ctrm: 303<br><br>Current Date:<br>Date: May 7, 2024<br>Time: 2:00 PM<br>Ctrm: 303 |

1

ORDER ON STIPULATION TO CONTINUE HEARING

1  The parties having filed a stipulation on April 30, 2024, as Document No. 31, that the status conference in the above-captioned Bankruptcy case currently scheduled for May 07, 2024, at 2:00 PM in Courtroom 303 be continued to July 09, 2024, at 2:00 PM in Courtroom 303.

**IT IS ORDERED**

1.  The stipulation of the parties to continue the status conference in the above-captioned Bankruptcy filed as Document No. 31 in the Bankruptcy case currently scheduled for May 07, 2024, at 2:00 PM in Courtroom 303 be continued to July 09, 2024, at 2:00 PM in Courtroom 303 is hereby approved.

###

Date: May 1, 2024

*Magdalena Reyes Bordeaux*
Magdalena Reyes Bordeaux
United States Bankruptcy Judge

2

ORDER ON STIPULATION TO CONTINUE HEARING