| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Fritz J. Firman (SBN: 117011)<br>Weber Firman<br>1503 South Coast Drive Suite 209<br>Costa Mesa, CA 92626<br>P: 714-433-7185<br>F: 714-662-0302<br>firmanweber@gmail.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Plaintiff Emilio Ceron | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br>Shu-Chen Wu<br>Geogiang Joseph Yue<br><br>Debtor(s). | CASE NO.: 6:22-bk-14173RB<br>ADVERSARY NO.: 6:23-ap-01019RB<br>CHAPTER: 7 |
|---|---|
| Emilio Ceron<br><br>Plaintiff(s).<br>vs.<br>Shu-Chen Wu; aka Susan Wu; aka ShuChen Susan Wu<br>Geogiang Joseph Yue; aka Joseph Yue<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: 07/09/2024<br>TIME: 2:00 pm<br>COURTROOM: 3<br>ADDRESS: 3420 Twelfth Street<br>Riverside, CA |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

### A. PLEADINGS/SERVICE:

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?  ☒ Yes  ☐ No
2. Have all parties filed and served answers to the Claims Documents?  ☒ Yes  ☐ No
3. Have all motions addressed to the Claims Documents been resolved?  ☒ Yes  ☐ No
4. Have counsel met and conferred in compliance with LBR 7026-1?  ☒ Yes  ☐ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 1                            F 7016-1.STATUS.REPORT

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

B. **READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

   <u>Plaintiff</u>                                                                <u>Defendant</u>

   September or October                                               September or October

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

   <u>Plaintiff</u>                                                                <u>Defendant</u>

3. When do you expect to complete <u>your</u> discovery efforts?

   <u>Plaintiff</u>                                                                <u>Defendant</u>

   Complete                                                                  Complete

4. What additional discovery do you require to prepare for trial?

   <u>Plaintiff</u>                                                                <u>Defendant</u>

   None                                                                          None

C. **TRIAL TIME:**

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

   <u>Plaintiff</u>                                                                <u>Defendant</u>

   Total Trial Time for both sides                                 1 day

   2 1/2 to 3 days

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

   <u>Plaintiff</u>                                                                <u>Defendant</u>

   4                                                                                 2

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                           Page 2                                           F 7016-1.STATUS.REPORT

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| 8-10 | 10-20 |

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☐ is ☒ is not requested | Pretrial conference ☐ is ☒ is not requested |
| Reasons: | Reasons: |
| Pre Trial Completed | |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after: | Pretrial conference should be set after: |
| (date) _____ | (date) _____ |

E. **SETTLEMENT:**

1. What is the status of settlement efforts?

    Defendants do not want to do mediation and would prefer to move on to trial.

2. Has this dispute been formally mediated?    ☐ Yes  ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes  ☒ No | ☐ Yes  ☒ No |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015　　　　　　　　　　　　　　　　　Page 3　　　　　　　　　　　　　　　F 7016-1.STATUS.REPORT

## F. FINAL JUDGMENT/ORDER:

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☒ I do consent | ☐ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

## G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL: (Use additional page if necessary)

Plaintiff: At the pretrial counsel for Defendants suggested mediation and counsel for Plaintiff agreed. Counsel agreed upon Meredith Jury as the primary mediator and an alternate mediator. Counsel for Plaintiff drafted the request for assignment to mediation and the order assigning the matter to mediation and emailed them to Defendants' counsel for signature. Counsel for Defendant advised that despite his efforts to get his clients to participate in mediation they will not participate.

The Parties have filed a Joint Pretrial Stipulation.

Respectfully submitted,

Date: 07/01/2024

Weber Firman
Printed name of law firm

_[signature]_
Signature

Fritz J. Firman
Printed name

Attorney for: Plaintiff Emilio Ceron

Date: 07/01/2024

Nexus Bankruptcy
Printed name of law firm

_[signature]_
Signature

Benjamin Heston
Printed name

Attorney for: Defendants

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015            Page 4            F 7016-1.STATUS.REPORT

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1503 South Coast Drive Suite 209
Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __07/01/2024__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Benjamin Heston - bhestonecf@gmail.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Magdalena Reyes Bordeaux
US Bankruptcy Court
3420 12th St. Ste. 365/Ctrm 303
Riverside, CA 92501

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/01/2024 | Maximillian Lewicki | /s/ Maximillian Lewicki |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015 — Page 5 — F 7016-1.STATUS.REPORT