| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Fritz J. Firman (SBN: 117011) <br> Weber Firman <br> 1503 S Coast Drive, Suite 209 <br> Costa Mesa, CA 92626 <br> P: 714-433-7185 <br> F: 714-662-0302 <br> firmanweber@gmail.com <br><br><br> ☐ *Individual appearing without attorney* <br> ☒ *Attorney for* Plaintiff | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re: <br> Shu-Chen Wu, aka Susan Wu, aka ShunChen Susan Wu <br><br> Geogiang Joseph Yue, aka Joseph Yue <br><br> Debtor(s). | CASE NO.: 6:22-bk-14173RB <br> CHAPTER: 7 <br><br> ADVERSARY NO.: 6:23-ap-01019RB |
|---|---|
| Emilio Ceron <br><br><br> Plaintiff(s), <br> vs. <br> Shu-Chen Wu, aka Susan Wu, aka ShunChen Susan Wu <br><br> Geogiang Joseph Yue, aka Joseph Yue <br><br> Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** *(title of motion[1])*: Scheduling Order |

PLEASE TAKE NOTE that the order or judgment titled Scheduling Order

was lodged on *(date)* __07/11/2024__ and is attached. This order relates to the motion which is docket number ____.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1    Fritz J. Firman, Esq.
2    Weber Firman Attorneys at Law
     1503 South Coast Drive, Suite 209
3    Costa Mesa, CA. 92626
     Ph: (714) 423-7185
4    Email: Firmanweber@gmail.com

5    Attorney for Plaintiff, Emilio Ceron

6

              **UNITED STATES BANKRUPTCY COURT**
7           **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
                    **RIVERSIDE DIVISION**
8

| | |
|---|---|
| In Re: | BK Case No.: 6:22-bk-14173-RB |
| SHU-CHEN WU<br>Aka Susan Wu<br>Aka ShunChen Susan Wu<br>GEOGIANG JOSEPH YUE<br>Aka Joseph Yue | Chapter 7 |
|     Debtor | Adversary No.: 6:23-ap-01019-RB |
| EMILIO CERON,<br><br>    Plaintiff,<br><br>v.<br><br>SHU-CHEN WU<br>Aka Susan Wu<br>Aka Shunchen Wu<br>GEOGIANG JOSEPH YUE<br>Aka Joseph Yue,<br><br>    Defendants. | **SCHEDULING ORDER**<br><br><br>DATE: July 9, 2024<br>TIME: 2:00 PM<br>CTRM: 303 |

      The Status Conference in the above captioned adversary came on July 9, 2024 at 2:00pm in

Courtroom 303. Fritz J. Firman, Esq. of Weber Firman appeared on behalf of the Plaintiff, Emilio

Ceron and Benjamin Heston appeared on behalf of Defendants Shu-Chen Wu and Geogiang Joseph

Yue. There were no other appearances.

The Court having reviewed the Joint status Report and discussed trial dates with counsel and good cause appearing therefore;

IT IS ORDERED:

1. The case is set for trial on November 12, 13, and 14, 2024 at 11:00am in Courtroom 303 located at 3420 Twelfth Street, Riverside, California;

2. The parties are to file their trial exhibits September 30, 2024;

3. Trial Briefs are required and shall be submitted to the Court by October 15, 2024, and;

4. Hand Copies of exhibit books shall be submitted to Court by October 26, 2024.

### # #

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1503 S Coast Drive, Suite 209

Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___07/11/2024___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Benjamin Heston – bhestonecf@gmail.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (**state method for each person or entity served**)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/11/2024 | Maximillian Lewicki | _signature_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                         Page 2                        **F 9021-1.2.ADV.NOTICE.LODGMENT**