Fritz J. Firman, Esq.
Weber Firman Attorneys at Law
1503 South Coast Drive, Suite 209
Costa Mesa, CA. 92626
Ph: (714) 423-7185
Email: Firmanweber@gmail.com

Attorney for Plaintiff, Emilio Ceron

**FILED & ENTERED**

JUL 12 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY hawkinso DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

| | |
|---|---|
| In Re: <br><br> SHU-CHEN WU <br> Aka Susan Wu <br> Aka ShunChen Susan Wu <br> GEOGIANG JOSEPH YUE <br> Aka Joseph Yue <br><br>     Debtor <br>___ <br> EMILIO CERON, <br><br>     Plaintiff, <br><br> v. <br><br> SHU-CHEN WU <br> Aka Susan Wu <br> Aka Shunchen Wu <br> GEOGIANG JOSEPH YUE <br> Aka Joseph Yue, <br><br>     Defendants. | BK Case No.: 6:22-bk-14173-RB <br><br> Chapter 7 <br><br> Adversary No.: 6:23-ap-01019-RB <br><br> **TRIAL SCHEDULING ORDER** <br><br> DATE: July 9, 2024 <br> TIME: 2:00 PM <br> CTRM: 303 |

The Status Conference in the above captioned adversary came on July 9, 2024 at 2:00pm in Courtroom 303. Fritz J. Firman, Esq. of Weber Firman appeared on behalf of the Plaintiff, Emilio Ceron and Benjamin Heston appeared on behalf of Defendants Shu-Chen Wu and Geogiang Joseph Yue. There were no other appearances.

1
SCHEDULING ORDER

Main Document    Page 2 of 2

The Court having reviewed the Joint status Report and discussed trial dates with counsel and good cause appearing therefore;

<u>IT IS ORDERED</u>:

1. The case is set for trial on November 12, 13, and 14, 2024 at 11:00am in Courtroom 303 located at 3420 Twelfth Street, Riverside, California;

2. The parties are to file their trial exhibits September 30, 2024;

3. Trial Briefs are required and shall be submitted to the Court by October 15, 2024, and;

4. Hand Copies of exhibit books shall be submitted to Court by October 26, 2024.

# # #

Date: July 12, 2024

*Magdalena Reyes Bordeaux*
Magdalena Reyes Bordeaux
United States Bankruptcy Judge

2
SCHEDULING ORDER