United States Bankruptcy Court
Central District of California

Ceron,
    Plaintiff

Wu,
    Defendant

Adv. Proc. No. 23-01019-RB

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 2
Date Rcvd: Jul 12, 2024      Form ID: pdf031      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Emilio Ceron, C/O Weber Firman, 1503 South Coast Drive, Suitte 209, Costa Mesa, CA 92626-1534 |
| dft | + | Geogiang Joseph Yue, 7907 Horizon View Drive, Riverside, CA 92506-7568 |
| dft | + | Shu-Chen Wu, 7907 Horizon View Drive, Riverside, CA 92506-7568 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 14, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2024 at the address(es) listed below:

**Name**      **Email Address**

Benjamin Heston
    on behalf of Defendant Shu-Chen Wu bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net

Benjamin Heston
    on behalf of Defendant Geogiang Joseph Yue bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net

Fritz J Firman
    on behalf of Plaintiff Emilio Ceron firmanweber@gmail.com centralservice.firmanweber@gmail.com

Rod Danielson (TR)
    notice-efile@rodan13.com

United States Trustee (RS)
    ustpregion16.rs.ecf@usdoj.gov

District/off: 0973-6 User: admin Page 2 of 2
Date Rcvd: Jul 12, 2024 Form ID: pdf031 Total Noticed: 3
TOTAL: 5

Fritz J. Firman, Esq.
Weber Firman Attorneys at Law
1503 South Coast Drive, Suite 209
Costa Mesa, CA. 92626
Ph: (714) 423-7185
Email: Firmanweber@gmail.com

Attorney for Plaintiff, Emilio Ceron

**FILED & ENTERED**

**JUL 12 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY hawkinso DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

| | |
|---|---|
| In Re: | BK Case No.: 6:22-bk-14173-RB |
| SHU-CHEN WU<br>Aka Susan Wu<br>Aka ShunChen Susan Wu<br>GEOGIANG JOSEPH YUE<br>Aka Joseph Yue | Chapter 7 |
| Debtor | Adversary No.: 6:23-ap-01019-RB |
| EMILIO CERON,<br><br>    Plaintiff,<br>v.<br>SHU-CHEN WU<br>Aka Susan Wu<br>Aka Shunchen Wu<br>GEOGIANG JOSEPH YUE<br>Aka Joseph Yue,<br><br>    Defendants. | **TRIAL SCHEDULING ORDER**<br><br>DATE: July 9, 2024<br>TIME: 2:00 PM<br>CTRM: 303 |

The Status Conference in the above captioned adversary came on July 9, 2024 at 2:00pm in Courtroom 303. Fritz J. Firman, Esq. of Weber Firman appeared on behalf of the Plaintiff, Emilio Ceron and Benjamin Heston appeared on behalf of Defendants Shu-Chen Wu and Geogiang Joseph Yue. There were no other appearances.

1
SCHEDULING ORDER

    The Court having reviewed the Joint status Report and discussed trial dates with counsel and good cause appearing therefore;

<u>IT IS ORDERED</u>:

1. The case is set for trial on November 12, 13, and 14, 2024 at 11:00am in Courtroom 303 located at 3420 Twelfth Street, Riverside, California;

2. The parties are to file their trial exhibits September 30, 2024;

3. Trial Briefs are required and shall be submitted to the Court by October 15, 2024, and;

4. Hand Copies of exhibit books shall be submitted to Court by October 26, 2024.

# # #

Date: July 12, 2024

*Magdalena Reyes Bordeaux*
Magdalena Reyes Bordeaux
United States Bankruptcy Judge