

**FILED & ENTERED**

**SEP 10 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY hawkinso DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>Shu-Chen Wu<br>Geogiang Yue<br><br>                              Debtor(s). | CHAPTER 7<br><br>Case No.:  6:22-bk-14173-RB<br>Adv No:   6:23-ap-01019-RB |
| Emilio Ceron<br><br>                              Plaintiff(s),<br>    v.<br><br>Shu-Chen Wu, Geogiang Joseph Yue<br><br>                              Defendant(s). | **AMENDED TRIAL SCHEDULING ORDER**<br><br><u>**Trial date and time:**</u><br>Date:          January 28 – 29, 2025<br>Time:          1:00 p.m.<br>Courtroom:  303 |

**ON THE COURT'S OWN MOTION, IT IS HEREBY ORDERED** that the *Trial Scheduling Order*, entered on the docket of this adversary proceeding as ECF doc. 37, is AMENDED as follows:

///

///

-1-

(1) The case is set for a 2-day trial in Courtroom 303, located at 3420 Twelfth Street, Riverside, California on: **January 28- 29, 2025 from 1:00 p.m.- 4:00 p.m.;**

(2) Parties to exchange trial exhibits on or before **December 16, 2024**;

(3) Trial briefs are required and shall be filed with the Court on or before **January 7, 2025**; and

(4) Hand copies of exhibit books shall be submitted to Court by **January 14, 2025**.

### # # #

Date: September 10, 2024

Magdalena Reyes Bordeaux
United States Bankruptcy Judge