United States Bankruptcy Court

Central District of California

Ceron,
    Plaintiff

Adv. Proc. No. 23-01019-RB

Wu,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 10, 2024 | Form ID: pdf031 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Emilio Ceron, C/O Weber Firman, 1503 South Coast Drive, Suitte 209, Costa Mesa, CA 92626-1534 |
| dft | + | Geogiang Joseph Yue, 7907 Horizon View Drive, Riverside, CA 92506-7568 |
| dft | + | Shu-Chen Wu, 7907 Horizon View Drive, Riverside, CA 92506-7568 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2024 at the address(es) listed below:**

**Name**        **Email Address**

Benjamin Heston
    on behalf of Defendant Shu-Chen Wu bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net

Benjamin Heston
    on behalf of Defendant Geogiang Joseph Yue bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net

Fritz J Firman
    on behalf of Plaintiff Emilio Ceron firmanweber@gmail.com centralservice.firmanweber@gmail.com

Rod Danielson (TR)
    notice-efile@rodan13.com

United States Trustee (RS)

District/off: 0973-6 | User: admin | Page 2 of 2
Date Rcvd: Sep 10, 2024 | Form ID: pdf031 | Total Noticed: 3

ustpregion16.rs.ecf@usdoj.gov

TOTAL: 5

**FILED & ENTERED**

**SEP 10 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY hawkinso DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>Shu-Chen Wu<br>Geogiang Yue<br><br><br>                              Debtor(s). | CHAPTER 7<br><br>Case No.:  6:22-bk-14173-RB<br>Adv No:   6:23-ap-01019-RB |
| Emilio Ceron<br><br>                              Plaintiff(s),<br>     v.<br><br>Shu-Chen Wu, Geogiang Joseph Yue<br><br>                              Defendant(s). | **AMENDED TRIAL SCHEDULING ORDER**<br><br><br><u>**Trial date and time:**</u><br>Date:        January 28 – 29, 2025<br>Time:        1:00 p.m.<br>Courtroom:   303 |

**ON THE COURT'S OWN MOTION, IT IS HEREBY ORDERED** that the *Trial Scheduling Order*, entered on the docket of this adversary proceeding as ECF doc. 37, is AMENDED as follows:

///

///

-1-

(1) The case is set for a 2-day trial in Courtroom 303, located at 3420 Twelfth Street, Riverside, California on: **January 28- 29, 2025 from 1:00 p.m.- 4:00 p.m.;**

(2) Parties to exchange trial exhibits on or before **December 16, 2024**;

(3) Trial briefs are required and shall be filed with the Court on or before **January 7, 2025**; and

(4) Hand copies of exhibit books shall be submitted to Court by **January 14, 2025**.

# # #

Date: September 10, 2024

Magdalena Reyes Bordeaux
United States Bankruptcy Judge

-2-