| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address | FOR COURT USE ONLY |
|---|---|
| **NEXUS BANKRUPTCY**<br>**Benjamin Heston (297798)**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>**Tel: 949.312.1377**<br>**Fax: 949.288.2054**<br>***ben@nexusbk.com***<br><br>☐ *Debtor appearing without attorney*<br>☒ *Attorney for Debtor(s)* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>**SHU-CHEN WU, and**<br><br>**GEOGIANG YUE,**<br><br>                                                     Debtor(s). | CASE NO.: 6:22-bk-14173-RB<br><br>CHAPTER 7<br><br>ADV. NO.: 6:23-ap-01019-RB |
| **EMILIO CERON**<br><br>                                                     Plaintiff(s),<br><br>vs.<br><br>**SHU-CHEN WU, and**<br><br>**GEOGIANG YUE**<br><br>                                                     Defendant(s). | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING**<br>**RE:** DEFENDANTS' MOTION TO DISMISS ADVERSARY PROCEEDING |

PLEASE TAKE NOTE that the order or judgment titled **DEFENDANTS' MOTION TO DISMISS ADVERSARY PROCEEDING** was lodged on (date) **9/23/2024** and is attached. This order relates to the motion which is docket number **5**.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 1                              F 9021-1.2.ADV.NOTICE.LODGMENT

**NEXUS BANKRUPTCY**
Benjamin Heston (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
ben@nexusbk.com

Attorney for Defendants,
Shu-Chen Wu and Geogiang Yue

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>SHU-CHEN WU, and<br><br>GEOGIANG YUE,<br><br>    Debtors. | Case No.: 6:22-bk-14173-RB<br><br>Chapter 7<br><br>Adv No.: 6:23-ap-01019-RB<br><br>**ORDER ON DEFENDANTS' MOTION TO DISMISS ADVERSARY COMPLAINT** |
| EMILIO CERON,<br><br>    Plaintiff,<br><br>v.<br><br>SHU-CHEN WU, and<br><br>GEOGIANG YUE,<br><br>    Defendants. | **Hearing**<br>Date: June 27, 2023<br>Time: 2:00 PM<br>Courtroom 303<br>3420 Twelfth Street<br>Riverside, CA 92501 |

On June 27, 2023 in Courtroom 303 of the Riverside Division of the United States Bankruptcy Court, a hearing was held on Defendants' Motion to Dismiss Adversary Proceeding. Appearances were made by Fritz Firman, Counsel for Plaintiff, and Benjamin Heston, Counsel for Defendants.

For the reasons stated on the record and in the tentative ruling which was adopted as final, the Court ORDERS AS FOLLOWS:

1. The Motion is denied;
2. Defendants to file an answer to the Complaint by July 27, 2023.

1

###

**L.O.U** Lodged Order Upload

**Adversary LODGED ORDER UPLOAD FORM**

Monday, September 23, 2024

[Upload Again]

CONFIRMATION :

You've successfully uploaded the order: ( **11309915.docx** )
 A new order has been added

- **Office**: Riverside
- **Case Title**: Ceron v. Wu et al
- **Case Number**: 23-01019
- **Judge Initial**: RB
- **Case Type**: ap ( Adversary )
- **Document Number**: 5
- **On Date**: 09/23/2024 @ 02:33 PM

Please print 🖨 this confirmation for future reference.

Thank You!

United States Bankruptcy Court,  Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street, Los Angeles, CA 90012

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**3090 Bristol Street #400**
**Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE: DEFENDANTS' MOTION TO DISMISS ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 9/23/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)    notice-efile@rodan13.com
Fritz J Firman    firmanweber@gmail.com, centralservice.firmanweber@gmail.com
Benjamin Heston    bhestonecf@gmail.com, benheston@recap.email, NexusBankruptcy@jubileebk.net
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/23/2024 | **Benjamin Heston** | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**