**NEXUS BANKRUPTCY**
Benjamin Heston (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
ben@nexusbk.com

Attorney for Defendants,
Shu-Chen Wu and Geogiang Yue

FILED & ENTERED

OCT 01 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY hawkinso DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re: <br><br> SHU-CHEN WU, and <br><br> GEOGIANG YUE, <br><br> Debtors. | Case No.: 6:22-bk-14173-RB <br><br> Chapter 7 <br><br> Adv No.: 6:23-ap-01019-RB <br><br> **ORDER ON DEFENDANTS' MOTION TO DISMISS ADVERSARY COMPLAINT** |
| EMILIO CERON, <br><br> Plaintiff, <br><br> v. <br><br> SHU-CHEN WU, and <br><br> GEOGIANG YUE, <br><br> Defendants. | **Hearing** <br> Date: June 27, 2023 <br> Time: 2:00 PM <br> Courtroom 303 <br> 3420 Twelfth Street <br> Riverside, CA 92501 |

On June 27, 2023 in Courtroom 303 of the Riverside Division of the United States Bankruptcy Court, a hearing was held on Defendants' Motion to Dismiss Adversary Proceeding. Appearances were made by Fritz Firman, Counsel for Plaintiff, and Benjamin Heston, Counsel for Defendants.

1

For the reasons stated on the record and in the tentative ruling which was adopted as final, the Court ORDERS AS FOLLOWS:

1. The Motion is denied;
2. Defendants to file an answer to the Complaint by July 27, 2023.

###

Date: October 1, 2024

Magdalena Reyes Bordeaux
United States Bankruptcy Judge