United States Bankruptcy Court
Central District of California

Ceron,
    Plaintiff

Adv. Proc. No. 23-01019-RB

Wu,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 2
Date Rcvd: Oct 01, 2024      Form ID: pdf031      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Emilio Ceron, C/O Weber Firman, 1503 South Coast Drive, Suitte 209, Costa Mesa, CA 92626-1534 |
| dft | + | Geogiang Joseph Yue, 7907 Horizon View Drive, Riverside, CA 92506-7568 |
| dft | + | Shu-Chen Wu, 7907 Horizon View Drive, Riverside, CA 92506-7568 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 03, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2024 at the address(es) listed below:

**Name      Email Address**

Benjamin Heston
     on behalf of Defendant Shu-Chen Wu bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net

Benjamin Heston
     on behalf of Defendant Geogiang Joseph Yue bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net

Fritz J Firman
     on behalf of Plaintiff Emilio Ceron firmanweber@gmail.com centralservice.firmanweber@gmail.com

Rod Danielson (TR)
     notice-efile@rodan13.com

United States Trustee (RS)

District/off: 0973-6 | User: admin | Page 2 of 2
Date Rcvd: Oct 01, 2024 | Form ID: pdf031 | Total Noticed: 3

ustpregion16.rs.ecf@usdoj.gov

TOTAL: 5

**NEXUS BANKRUPTCY**
Benjamin Heston (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
ben@nexusbk.com

Attorney for Defendants,
Shu-Chen Wu and Geogiang Yue

**FILED & ENTERED**

OCT 01 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY hawkinso DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:22-bk-14173-RB |
| SHU-CHEN WU, and | Chapter 7 |
| GEOGIANG YUE, | Adv No.: 6:23-ap-01019-RB |
| Debtors. | **ORDER ON DEFENDANTS' MOTION TO DISMISS ADVERSARY COMPLAINT** |
| EMILIO CERON, | |
| Plaintiff, | **Hearing** |
| v. | Date: June 27, 2023 |
| SHU-CHEN WU, and | Time: 2:00 PM |
| GEOGIANG YUE, | Courtroom 303 |
| Defendants. | 3420 Twelfth Street |
| | Riverside, CA 92501 |

On June 27, 2023 in Courtroom 303 of the Riverside Division of the United States Bankruptcy Court, a hearing was held on Defendants' Motion to Dismiss Adversary Proceeding. Appearances were made by Fritz Firman, Counsel for Plaintiff, and Benjamin Heston, Counsel for Defendants.

1

For the reasons stated on the record and in the tentative ruling which was adopted as final, the Court ORDERS AS FOLLOWS:

1. The Motion is denied;

2. Defendants to file an answer to the Complaint by July 27, 2023.

###

Date: October 1, 2024

*Magdalena Reyes Bordeaux*
Magdalena Reyes Bordeaux
United States Bankruptcy Judge