**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Defendants

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>SHU-CHEN WU, and<br>GEOGIANG YUE,<br><br>Debtors. | Case No.: 6:22-bk-14173-RB<br><br>Adv. No.: 6:23-ap-01019-RB<br><br>Chapter 7<br><br>**STIPULATION TO CONTINUE TRIAL**<br><br>**Trial**<br>Date: January 28, 2025<br>Time: 1:00 p.m.<br>Courtroom 303 |

TO THE HONORABLE MAGDELENA REYES-BORDEAUX:

Debtors, Shu-Chen Wu and Geogiang Yue, and Creditor, Emilio Ceron, through their respective counsel, Benjamin Heston and Fritz Firman, hereby agree and stipulate as follows.

Respective counsel have met and conferred and agree that it would be in the best interests of all parties to continue the trial. The continuance is necessary because Defendants' Counsel has a trial in his own divorce case scheduled for the week of the 27th, which is expected to consume the entire week and preclude his availability. Parties are amenable to having the matter heard in March, or at the Court's earliest convenience thereafter.

WHEREFORE, subject to Court approval, the Parties stipulate as follows:

1. The trial currently set for January 28, 2025 is taken off calendar;

2. Trial briefs are to be filed 3 weeks prior to the continued date;

3. Exhibit binders are to be filed 2 weeks prior to the continued date.

4. Plaintiff's attorney is not available on march 17, 2025 or March 18, 2025 as he will be in Trial in Judge Theodor Albert's Courtroom. He asks for a hearing date after March 18, 2025

**NEXUS BANKRUPTCY**

Date: December 16, 2024

BENJAMIN HESTON,
Attorney for Debtors

**WEBER FIRMAN**

Date: December 16, 2024

JOSEPH A. WEBER,
Attorney for Creditor

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3090 Bristol Street #400
Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO CONTINUE TRIAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/16/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Rod Danielson (TR)**     notice-efile@rodan13.com
- **Fritz J Firman**     firmanweber@gmail.com, centralservice.firmanweber@gmail.com
- **Benjamin Heston**     bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- **United States Trustee (RS)**     ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____  I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/16/2024 | Benjamin Heston | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                      **F 9013-3.1.PROOF.SERVICE**