United States Bankruptcy Court

Central District of California

Ceron,
    Plaintiff

Wu,
    Defendant

Adv. Proc. No. 23-01019-RB

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 2
Date Rcvd: Dec 31, 2024      Form ID: pdf031      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Emilio Ceron, C/O Weber Firman, 1503 South Coast Drive, Suitte 209, Costa Mesa, CA 92626-1534 |
| dft | + | Geogiang Joseph Yue, 7907 Horizon View Drive, Riverside, CA 92506-7568 |
| dft | + | Shu-Chen Wu, 7907 Horizon View Drive, Riverside, CA 92506-7568 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 02, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 31, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Defendant Shu-Chen Wu bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Defendant Geogiang Joseph Yue bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Fritz J Firman | on behalf of Plaintiff Emilio Ceron firmanweber@gmail.com centralservice.firmanweber@gmail.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | |

| District/off: 0973-6 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 31, 2024 | Form ID: pdf031 | Total Noticed: 3 |

ustpregion16.rs.ecf@usdoj.gov

TOTAL: 5

**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
ben@nexusbk.com

Attorney for Defendants

**FILED & ENTERED**

**DEC 31 2024**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY hawkinso DEPUTY CLERK

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>SHU-CHEN WU, and<br>GEOGIANG YUE,<br><br>Debtors. | Case No.: 6:22-bk-14173-RB<br><br>Adv. No.: 6:23-ap-01019-RB<br><br>Chapter 7<br><br>**ORDER ON STIPULATION TO CONTINUE TRIAL** |
| EMILIO CERON,<br><br>Plaintiff,<br><br>v.<br><br>SHU-CHEN WU, and<br>GEOGIANG YUE,<br><br>Defendants. | **Pre-trial Conference**<br><br>Date:   March 11, 2025<br>Time:   2:00 p.m.<br>CTRM:  303<br><br>**Trial**<br>Date:   April 15-16, 2025<br>Time:   1:00 pm<br>CTRM:  303 |

The Court has reviewed the Stipulation to Continue Trial ("Stipulation") filed on December 16, 2024 as docket #47. For good cause shown,

1

IT IS ORDERED:

1. The Stipulation is approved in part and modified as follows:

2. The trial set to commence on **January 28-29, 2025** is taken off calendar and continued to **April 15-16, 2025 from 1:00 p.m.- 4:00 p.m.**;

3. A pre-trial conference will be scheduled for **March 11, 2025 @ 2:00 p.m.**;

4. Parties to exchange trial exhibits on or before **March 18, 2025**;

5. Trial briefs are required and shall be filed with the Court on or before **March 21, 2025**; and

6. Hand copies of exhibit books shall be submitted to Court by **April 1, 2025.**

### 

Date: December 31, 2024

Magdalena Reyes Bordeaux
United States Bankruptcy Judge

2