| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| SHU-CHEN WU<br>GEOGIANG YUE<br>7907 Horizon View Dr.<br>Riverside, CA 92506<br>Telephone: (626) 428-9226<br>email: susanwu72@gmail.com<br>email: josephyue430@gmail.com<br>Defendants, In Pro Per | FILED<br>FEB 12 2025<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |

Attorney for:

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - **SELECT DIVISION**

In re:

SHU-CHEN WU
GEOGIANG YUE

Debtor(s).

Emdo Ceron

Plaintiff(s),

vs.

SHU-CHEN WU aka Susan Wu
GEOGIANG YUE aka Joseph Yue

Defendant(s).

CASE NO.: 6:22-bk-14173-RB
ADVERSARY NO.: 6:23-ap-01019-RB
(if applicable)
CHAPTER: SELECT CHAPTER 7

**SUBSTITUTION OF ATTORNEY**
**[LBR 2091-1(b)]**

1. The name(s) of the party(ies) making this Substitution of Attorney (specify):
   SHU-CHEN WU
   GEOGIANG YUE

2. The name, address, telephone number, and email address of the new attorney are (specify):
   SHU-CHEN WU: Pro Se
   7907 Horizon View Dr.
   Riverside, CA 92506
   susanwu72@gmail.com

3. New attorney hereby appears in the following matters: ☐ the bankruptcy case ☒ the adversary proceeding

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014    Page 1    F 2091-1.SUBSTITUTION.ATTY

4. The new attorney is substituted as attorney of record in place instead of the present attorney. *(Specify name of present attorney)*:

Date: 02/11/2025

_____Shu-Chen Wu_____
Signature of party

__SHU-CHEN WU__
Printed name of party

_____[signature]_____
Signature of second party (if applicable)

__GEOGIANG YUE__
Printed name of second party (if applicable)

_____
Signature of third party (if applicable)

_____
Signature of fourth party (if applicable)

_____
Printed name of third party (if applicable)

_____
Printed name of fourth party (if applicable)

I consent to the above substitution.

Date: _____

_____
Signature of present attorney

_____
Printed name of present attorney

I am duly admitted to practice in this district. The above substitution is accepted.

Date: _____

_____
Signature of new attorney

_____
Printed name of new attorney

**IMPORTANT NOTICE**

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014                                   Page 2                              F 2091-1.SUBSTITUTION.ATTY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


A true and correct copy of the foregoing document entitled: **SUBSTITUTION OF ATTORNEY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) __02/13/2025__ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See NEF for confirmation of electronic transmission to the U.S. Trustee and any trustee in this case, and to any attorneys who receive service by NEF.

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (date) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____  _____  _____
Date          Printed Name              Signature

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.