**FILED & ENTERED**

MAR 03 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY hawkinso DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>SHU-CHEN WU, and<br>GEOGIANG YUE,<br><br>　　　　　Debtor(s). | Case No.: 6:22-bk-14173-RB<br>Adv No:　6:23-ap-01019-RB<br>CHAPTER 7<br><br>**ORDER CONTINUING STATUS CONFERENCE**<br><br>**Continued Hearing Date and Time:**<br>Date:　　　March 18, 2025<br>Time:　　　2:00 p.m.<br>**Courtroom: 303** |
| EMILIO CERON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SHU-CHEN WU, and<br>GEOGIANG YUE,<br><br>　　　　　Defendant(s). | Current Hearing Date and Time:<br>Date:　　　March 11, 2025<br>Time:　　　2:00 p.m.<br>Courtroom: 303<br><br>(In Person or Zoom Appearances) |

///

-1-

**PLEASE TAKE NOTICE** that the Status Conference set on the Court's calendar on March 11, 2025, at 3:00 p.m. in Courtroom 303 at the Riverside Bankruptcy Court located at 3420 Twelfth Street, Riverside, California will be continued to **March 18, 2025, at 2:00 p.m.**

###

Date: March 3, 2025

Magdalena Reyes Bordeaux
United States Bankruptcy Judge