

SHU-CHEN WU and
GEOGIANG YUE
7907 Horizon View Dr.
Riverside, CA 92506
phone: (626)428-9226
email: susanwu72@gamil.com
email: josephyue430@gmail.com
Defendants, In Pro Per

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

In re SHU-CHEN WU

-----------------------------------------------------

EMILIO CERON,

**Plaintiff**

　　　vs.

SHU-CHEN WU and
GEOGIANG YUE

**Defendants**

Case No.: 6:22-bk-14173-RB
Adversary Case No.: 6:23-ap-01019-RB

**Chapter 7**

**DECLARATION IN SUPPORT OF**
**MOTION FOR SUMMARY JUDGMENT**

**Hearing**

Date: **TBD**
Time: **TBD**
Judge: Honorable Magdalena Reyes Bondeaus
Courtroom:

We, Shu-Chen Susan Wu and Geogiang Joseph Yue, declare as follows:

1.　We are the **Defendants** in the above-entitled Adversary Case.

2.　We have personal knowledge of all the undisputed facts as in the Statement of Uncontroverted Facts.

3.　If we called as witnesses, we could and would competently testify thereto.

4.　We discussed the issues raised in this motion through email with the opposing party in this case on February 14, 2025.

5. We declare that the Quitclaim Deed executed by **Shu-Chen Wu** on August 6, 2021, and recorded in the Riverside County Recorder Office on the same day (recording No. 2021-0472582) is a true and correct copy of the original. This document is attached as **Exhibit #1.**

6. We declare that the Quitclaim Deed executed by **Shu-Chen Wu** on behalf of **Global Investment, Inc.** on April 18, 2022, and recorded in the Riverside County Recorder Office on April 19, 2022, is a true and correct copy of the original. This document is attached as **Exhibit #2.**

7. We declare that the Articles of Incorporation for California General Stock Corporation named Global Investment, Inc. filed with the California Secretary of State on July 27, 2021, with Entity (File) No. C4770372 is a true and accurate copy of the original. This document is attached as **Exhibit #3.**

8. We declare that the Statement of Information for California Corporation filed with the California Secretary of State on July 29, 2021, with Document ID: GV27457 is a true and accurate copy of the original. This document is attached as **Exhibit #4.**

9. The Abstract of Judgment against **Defendants** was obtained on January 7, 2022, **Plaintiff's Attorney** recorded it on January 10, 2022, with Recorder's Office of Riverside County at Recording No. 2022-0014423. This creates a judgment lien attached to the **Subject Property** as pursuant to *California Code of Civil Procedure §697.340* and qualified within the definition of "valid lien" in *California Civil Code §3439.01(n)*. We also declared that this is a true and correct copy of the recorded document. This document is attached as **Exhibit #5.**

10. We declare that the Homestead Declaration was executed by **Shu-Chen Wu** on April 20, 2022. In this declaration, it is stated that the homestead is our principal dwelling and currently residing on the homestead. This document is notarized and then recorded at the Recorder's Office of Riverside County with the Recording No. 2022-0188316. We also declare that this is a true and correct copy of the recorded document. This document is attached as **Exhibit #6.**

11. The Notice of Pendency of Action (**Lis Pendens**) was recorded on March 21, 2022, with Recorder's Office of Riverside County at Recording No. 2022-0135669 by **Plaintiff's Attorney,** *Hallie D. Hannah.* We declare that this document is a true and accurate copy of the original. This document then was filed to the Superior Court of Riverside County on March 28, 2022. We also declare that this is a true and correct copy of the recorded document. This document is attached as **Exhibit #7.**

12. The Motion to Avoid Lien after hearing was granted by the order of the Bankruptcy Court on June 15, 2023. After a certified copy of the order obtained from the court, this order was sent to the Recorder's Office of Riverside County with Document No. 2024-0067451. We declare that this recorded document is a true and correct copy of the certified court order. This document is attached as **Exhibit #8.**

13. The Statement of Decision was issued after the trial hearing for the dispute of EMD ("Earnest Money Deposit") case at the California Riverside County Superior Court (case no. RIC 2003142). This document was signed by the Judge on the date of November 4, 2021, and was filed with the Court on November 12, 2021. In this document, it is clearly stated that the only one issue of cause of actions is "**BREACH OF CONTRACT**" and this action resulted in the judgement. We declared that this document is a true and correct copy filed at the Superior Court. This document is attached as **Exhibit #9.**

14. **Plaintiff** filed a complaint to the California Superior Court of Riverside County for setting aside of "fraudulent conveyance" on March 15, 2022. (Case No. CVRI2201042). This case is in the process of discovery. We declared that this document is a true and correct copy filed at the Superior Court. This document is attached as **Exhibit #10.**

15. On November 20, 2022, **Plaintiff** filed *the Notice of Stay of Proceedings* due to this automatic stay of bankruptcy petition. This case (Case No. CVRI2201042) is still in active/pending status. We declared that this document is a true and correct copy filed at the Superior Court. This document is attached as **Exhibit #11.**

16. We declare the following statement is true and correct:

The judgement debt resulted from a dispute of earnest money deposit ("EMD") because **Plaintiff** claimed for loan contingency clause in the contract to purchase **Defendants'** property. However, **Plaintiff** claimed the loan contingency improperly because:

a) **Plaintiff** did not provide any adversary notice or reject letter from a qualified lender (not a loan broker) as required by Federal laws - ECOA Reg Z, and FCRA.

b) **Plaintiff** did not give any valid notice to cancellation of the contract as pursuant to *California Civil Code*.

This is a dispute on earnest money deposit ("EMD"), not a "willful and malicious" act.

17. We declare the following statement is true and correct:

The **Subject Property** is invested into Global in exchange with the stock shares. The market value of the **Subject Property** equals the sum value of stock shares of **Global.** The stock shares of **Global** are personal property (not real property) held by **Defendant(Susan).**

18. We declare the following statement is true and correct:

**Defendants** regularly buy, fix and resell houses for profit via a corporation. This is **Defendants'** ordinary and regular course of trade and business. As *property dealers as defined by the IRS*, **Defendants** can take a tax advantage for their fixup business. Since the gains from dealer property category are considered as *ordinary (short-term capital)*, it allows dealer property owner to deduct any expenses and loses from gain as an ordinary loss.

19. For a corporation, capital can be raised by issuing either debt (as a loan or via bonds) or equity (stock). In the forming **Global, Defendant (Susan)** created *corporate bylaws* and filed an *articles of incorporation* to the California Secretary of State. Then, she invested **Subject Property** in exchange for the stock shares of **Global.** The shares of **Global** stock held by **Defendant (Susan)** is personal property in the estate.

20. We declare the following statement is true and correct:

Defendants opened the door of Subject Property for the appraiser employed by Plaintiff performing a formal appraisal report. Plaintiff made an appointment with Defendant(Susan) for appraiser to come. However, the appraiser never showed up for the appointment.Plaintiff has never submitted any appraisal report from a qualified, licensed appraiser to support Plaintiff's challenges on the fair market value on Subject Property.

21. We declared that we never have any actual or intentional acts to prevent or to obstruct Plaintiff from collecting his judgement debt or to place a lien on Subject Property.

22. We declare that the following statement is true and correct:

In October 2020, Defendants moved into the Subject Property and stayed at the Subject Property as our principal dwelling. Defendants resided at the Subject Property when Plaintiff placed the Judgement Lien on January 10, 2022, on the Subject Property. Defendants held that beneficial and equitable interest on the title of the Subject Property after Defendants moved into the Subject Property and stayed at the Subject Property as principal residence continuously. Defendants paid the mortgage, tax, and insurance on the Subject Property. Under California Law, the recordation of homestead is not a required element to be a homestead. If the elements in the law are satisfied, then the provision of homestead is protected on the Subject Property automatically.

23. We declare that the recorded notice (Lis Pendens) places a cloud on the title of Subject Property. This restricts Defendant(Susan) from selling Subject Property at the market value. Therefore, Lis Pendens need to be expunged.

24. We declare the following statement is true and correct:

Defendants suffered damage caused by Plaintiff and his Attorneys due to their unjust wrongdoing conducts. Defendants therefore claim for "property loss" as follows:

(1) The value loss on Subject Property from $1,800,000, as the fair market value provided by Zillow when Defendants put Subject Property on the market in March 2022, to $1,300,000, as the value appraised when filing bankruptcy petition. This makes the

value loss on the **Subject Property** to be $500,000. The value loss is from the placement of **Lis pendens** on the **Subject Property.**

(2) Since **Defendants** are unable to sell **Subject Property** after **Lis pendens** recorded, the expenses paid by **Defendants** to maintain the **Subject Property**:

- Property tax at $20,000 a year, which is adjusted yearly.
- Mortgage payments at $5,000 a month on average since the mortgage is adjustable rated.
- Property insurance premiums at $2,000 a year.
- Property maintenance (including yard and swimming pool) at $10,000 a year.
- Utilities (including water, electricity, trash collection, and gas) at $12,000 a year on average.

The sum of above maintenance expenses is $104,000 for a year. From the date of placement of **Lis pendens** to present, it is approximately three years: $104,000 x 3 = $312,000.

This makes the total loss on the **Subject Property** to be $500,000 + $312,000 = $812,000

Therefore, **Defendants** claim property loss on the **Subject Property** to be $812,000.

We declare, under penalty of perjury, that foregoing is true and correct.

Executed on March 5, 2025, in City of Riverside, State of California.

Shu-Chen Susan Wu

and

Geogiang Joseph Yue

Defendants, in Pro Per

# EXHIBIT #1

RECORDING REQUESTED BY
SHUCHEN WU

AND WHEN RECORDED MAIL DOCUMENT AND
TAX STATEMENT TO:

NAME          GLOBAL INVESTMENT, INC.

STREET        2108 N ST. SUITE N
ADDRESS

CITY, STATE & SACRAMENTO, CA 95816
ZIP CODE

TITLE ORDER NO.

ESCROW NO.

**2021-0472582**
08/06/2021 04:35 PM Fee: $ 92.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

1628

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

# QUITCLAIM DEED

TRA:    009-002

APN:    243-500-026-4

The undersigned grantor(s) declare(s)
DOCUMENTARY TRANSFER TAX    $ 0.00
☐ computed on full value of property conveyed, or
☐ computed on full value less liens and encumbrances remaining at time of sale.
☐ Unincorporated Area    City of    RIVERSIDE

FOR VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, I (We) SHU CHEN WU

(NAME OF GRANTOR(S))

hereby remise, release and quitclaim to    GLOBAL INVESTMENT, INC.

(NAME OF GRANTEE(S))

the following described real property in the City of    RIVERSIDE    , County of    RIVERSIDE

State of    CALIFORNIA

(Insert Legal Description)
LOT 29 OF TRACT NO.28907-1, IN THE CITY OF RIVERSIDE, COUNTY OF RIVERSIDE, STATE
OF CALIFORNIA, AS SHOWN BY MAP ON FILE IN BOOK 338 PAGES 26 THROUGH 32 OF
MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA.

DATED:    08/06/2021

Name    SHU CHEN WU

A notary public or other officer completing this certificate
verifies only the identity of the individual who signed the
document to which this certificate is attached, and not
the truthfulness, accuracy, or validity of that document.

Name

STATE OF CALIFORNIA
COUNTY OF    Riverside

On 08/06/2021    before me, Enrique Epifano Espinoza, Notary Public personally appeared
(here insert name and title of the officer)

Shu Chen Wu

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument
and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their
signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature                                    (SEAL)

MAIL TAX STATEMENT AS DIRECTED ABOVE

ENRIQUE EPIFANO ESPINOZA
COMM. #2311115
NOTARY PUBLIC - CALIFORNIA
RIVERSIDE COUNTY
My Comm. Expires Oct. 31, 2023

# EXHIBIT #2

RECORDING REQUESTED BY
Shu Chen Wu

AND WHEN RECORDED MAIL DOCUMENT AND
TAX STATEMENT TO:

Shu Chen Wu
NAME

STREET          7907 Horizon View Dr
ADDRESS

CITY, STATE & Riverside, CA 92506
ZIP CODE

TITLE ORDER NO. _____

ESCROW NO. _____

**2022-0183924**
04/19/2022 11:01 AM Fee: $ 99.00
Page 1 of 1
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

**779**

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

# QUITCLAIM DEED

TRA: _____ 009-002 _____

APN: _____ 243-500-026-4 _____

The undersigned grantor(s) declare(s)
DOCUMENTARY TRANSFER TAX   $ 0.00
☐ computed on full value of property conveyed, or
☐ computed on full value less liens and encumbrances remaining at time of sale.
☐ Unincorporated Area      City of _____ Riverside _____

FOR VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, I (We) _____

_____ Global Investment, Inc., a California Corporation _____
(NAME OF GRANTOR(S))

hereby remise, release and quitclaim to _____ Shu Chen Wu _____

_____
(NAME OF GRANTEE(S))

the following described real property in the City of _____ Riverside _____ ,County of _____ Riverside _____

State of _____ California _____ .

(Insert Legal Description)

LOT 26 OF TRACT NO. 28907-1, IN THE CITY OF RIVERSIDE, COUNTY OF RIVERSIDE,
STATE OF CALIFORNIA, AS SHOWN BY MAP ON FILE IN BOOK 338 PAGES 26 THROUGH 32
OF MAPS RECORDS OF RIVERSIDE COUNTY, CALIFORNIA.

DATED: _04/18/2022_

Name Shu Chen Wu, Authorized ~~signer~~ agent
_Signing on behalf of Global Investment, Inc,_

Name _____

A notary public or other officer completing this certificate
verifies only the identity of the individual who signed the
document to which this certificate is attached, and not
the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF _Riverside_

On _APRIL 18, 2022_ before me, _Nicholas Daniel Zermeno, Notary Public_ , personally appeared
(here insert name and title of the officer)
_Shu Chen Wu_
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument
and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their
signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (SEAL)

MAIL TAX STATEMENT AS DIRECTED ABOVE

NICHOLAS DANIEL ZERMENO
COMM. #2371582
NOTARY PUBLIC - CALIFORNIA
RIVERSIDE COUNTY
My Comm. Expires Aug. 19, 2025

# EXHIBIT #3



**California Secretary of State**
Electronic Filing



# General Stock Corporation - Articles of Incorporation

| | |
|---|---|
| Entity Name: | Global Investment, Inc. |
| Entity (File) Number: | C4770372 |
| File Date: | 07/27/2021 |
| Entity Type: | General Stock Corporation |
| Jurisdiction: | California |

## Detailed Filing Information

1. Corporate Name: Global Investment, Inc.

2. Business Addresses:

    a.  Initial Street Address of Corporation:

        2108 N ST STE N

        Sacramento, California, 95816

        United States of America

    b.  Initial Mailing Address of Corporation:

        2108 N ST STE N

        Sacramento, California, 95816

        United States of America

3. Agent for Service of Process:

    California Registered Corporate Agent (1505): NORTHWEST REGISTERED AGENT, INC. (C3184722)

4. Shares: 800,000

5. Purpose Statement: The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

The incorporator affirms the information contained herein is true and correct.

Incorporator: Morgan Noble

# EXHIBIT #4

**California Secretary of State**
Electronic Filing



# Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | GLOBAL INVESTMENT, INC. |

| | |
|---|---|
| Entity (File) Number: | C4770372 |
| File Date: | 07/29/2021 |
| Entity Type: | Corporation |
| Jurisdiction: | CALIFORNIA |
| Document ID: | GV27457 |

**Detailed Filing Information**

1. Entity Name:

   GLOBAL INVESTMENT, INC.

2. Business Addresses:

   a. Street Address of Principal
      Office in California:

      2108 N ST STE N
      Sacramento, California 95816
      United States of America

   b. Mailing Address:

      2108 N ST STE N
      Sacramento, California 95816
      United States of America

   c. Street Address of Principal
      Executive Office:

      2108 N ST STE N
      Sacramento, California 95816
      United States of America

3. Officers:

   a. Chief Executive Officer:

      Shuchen  Wu
      2108 N ST STE N
      Sacramento, California 95816
      United States of America

   b. Secretary:

      Shuchen  Wu
      2108 N ST STE N
      Sacramento, California 95816
      United States of America

Document ID: GV27457



# California Secretary of State
## Electronic Filing

Officers (cont'd):

    c.  Chief Financial Officer:

                            Shuchen  Wu
                            2108 N ST STE N
                            Sacramento, California 95816
                            United States of America

4.  Director:

                            Shuchen  Wu
                            2108 N ST STE N
                            Sacramento, California 95816

    Number of Vacancies on the Board of
    Directors:                        United States of America

                            0

5.  Agent for Service of Process:      NORTHWEST REGISTERED AGENT,
                            INC. (C3184722)

6.  Type of Business:                Buy, own, sale real estate, stocks and
                            securities.

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:   Morgan Noble

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

Document ID: GV27457

# EXHIBIT #5

**EJ-001**

DOC # 2022-0014423
01/10/2022 04:42 PM Fees: $102.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

**This document was electronically submitted
to the County of Riverside for recording**
Receipted by: KAREN #277

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, and State Bar number):
After recording, return to:
MITCHELL B. HANNAH - CSB 138232
LAW OFFICE OF MITCHELL B. HANNAH
100 Pacifica, Suite 370
Irvine, CA 92618
TEL. NO.: (949) 477-9020    FAX NO. (optional): (949) 477-9080
E-MAIL ADDRESS (optional): mhannah@hannahlaw.com
☑ ATTORNEY FOR    ☑ JUDGMENT CREDITOR    ☐ ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
STREET ADDRESS:    4050 Main Street
MAILING ADDRESS:
CITY AND ZIP CODE:    Riverside, CA 92501
BRANCH NAME:    RIVERSIDE HISTORIC COURTHOUSE

PLAINTIFF: EMILIO CERON
DEFENDANT: GEOGIANG JOSEPH YUE aka JOSEPH YUE,

**ABSTRACT OF JUDGMENT - CIVIL
AND SMALL CLAIMS**    ☐ Amended

FOR RECORDER'S USE ONLY

CASE NUMBER:
RIC2003142

FOR COURT USE ONLY

1. The  ☑ judgment creditor  ☐ assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ⌐ Geogiang Joseph Yue aka Joseph Yue, individually and as
      Trustee of the Yue Family Trust aka The Yue Family
      Revocable Trust
      └ 7907 Horizon View Drive, Riverside, CA  92506
   b. Driver's license no. [last 4 digits] and state:    ☑ Unknown
   c. Social security no. [last 4 digits]:    ☑ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):
      Geogiang Joseph Yue aka Joseph Yue, individually and as Trustee of the Yue Family Trust aka The Yue Family Revocable Trust
      16747 Catalonia Drive, Riverside, CA  92504-8705
2. ☑ Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):
   Emilio Ceron - c/o Law Office of Mitchell B. Hannah
   100 Pacifica, Suite 370
   Irvine, CA 92618

4. ☐ Information on additional judgment creditors is shown on page 2.
5. ☐ Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: 12/28/21
MITCHELL B. HANNAH
       (TYPE OR PRINT NAME)
                                        ▶ _____
                                           (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $        30,088.02
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): November 12, 2021
   b. Renewal entered on (date):
9. ☐ This judgment is an installment judgment.

10. ☐ An  ☐ execution lien  ☐ attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. ☑ not been ordered by the court.
    b. ☐ been ordered by the court effective until
       (date):

12. a. ☑ I certify that this is a true and correct abstract of
       the judgment entered in this action.
    b. ☐ A certified copy of the judgment is attached.

[SEAL]


GC68150(g)

This abstract issued on (date):
01/07/2022

Clerk, by _____ M. Criel _____ Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]    CEB Essential Forms    **ABSTRACT OF JUDGMENT - CIVIL
AND SMALL CLAIMS**    Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

DOC #2022-0014423  Page 2 of 2

| PLAINTIFF: EMILIO CERON | | COURT CASE NO: |
|---|---|---|
| DEFENDANT: GEOGIANG JOSEPH YUE aka JOSEPH YUE, ETC., ET AL. | RIC2003142 | |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor (name and address):

14. Judgment creditor (name and address):

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.           Name and last known address

Shu-Chen Wu aka Shuchen Susan Wu aka Susan Wu,
individually and as Trustees of the Yue Family Trust aka
The Yue Family Revocable Trust
7907 Horizon View Drive, Riverside, CA 92506

Driver's license no. [last 4 digits] and state:

Social security no. [last 4 digits]:

☑ Unknown
☑ Unknown

Summons was personally served at or mailed to (address):
Shu-Chen Wu aka Shuchen Susan Wu aka Susan Wu, individually and
as Trustees of the Yue Family Trust aka The Yue Family
Revocable Trust, 16747 Catalonia Drive, Riverside, CA 92504-8705

17.           Name and last known address

Driver's license no. [last 4 digits] and state:

Social security no. [last 4 digits]:

☐ Unknown
☐ Unknown

Summons was personally served at or mailed to (address):

18.    Name and last known address

Driver's license no. [last 4 digits] and state:

Social security no. [last 4 digits]:

☑ Unknown
☐ Unknown

Summons was personally served at or mailed to (address):

19.    Name and last known address

Driver's license no. [last 4 digits] and state:

Social security no. [last 4 digits]:

☐ Unknown
☐ Unknown

Summons was personally served at or mailed to (address):

20. ☐ Continued on Attachment 20.

EJ-001 [Rev July 1, 2014]

CEB | Essential
ceb.com | Forms

**ABSTRACT OF JUDGMENT - CIVIL
AND SMALL CLAIMS**

Page 2 of 2

# EXHIBIT #6

RECORDING REQUESTED BY    Shu Chen Wu

AND WHEN RECORDED MAIL TO:

NAME Shu Chen Wu

STREET
ADDRESS 7907 Horizon View Dr

CITY, STATE &
ZIP CODE. Riverside, CA 92506



**2022-0188316**

04/21/2022 10:20 AM Fee: $ 99.00
Page 1 of 1
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

3036

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

# HOMESTEAD DECLARATION

I, Shu Chen Wu

(FULL NAME OF DECLARANT)

do hereby certify and declare as follows:

(1) I hereby claim as a declared homestead the premises located in the City of Riverside

County of Riverside _____, State of CA _____ commonly known as

7907 Horizon View Dr

(STREET ADDRESS)

and more particularly described as follows: [Give complete legal description]

LOT 26 OF TRACT NO. 28907-1, IN THE CITY OF RIVERSIDE, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS SHOWN BY MAP ON FILE IN BOOK 338 PAGES 26 THROUGH 32 OF MAPS RECORDS OF RIVERSIDE COUNTY CA.

(2) I am the declared homestead owner of the above declared homestead.

(3) I own the following interest in the above declared homestead:

(4) The above declared homestead is [strike inapplicable clause]    my principal dwelling
                                                                      the principal dwelling of my spouse    and

[strike inapplicable clause]    I am
                                my spouse is    currently residing on that declared homestead.

(5) The facts stated in this Declaration are true as of my personal knowledge.

Dated: _____04/20/2022_____ , _____

(SIGNATURE OF DECLARANT)

Name  Shu Chen Wu

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF Riverside

On April 20, 2022 before me, Tami K. Brown, Notary Public _____, personally appeared

Shu Chen Wu

(here insert name and title of the officer)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.                                    (SEAL)

SIGNATURE _____

TAMI K. BROWN
COMM. # 2325259
NOTARY PUBLIC-CALIFORNIA
RIVERSIDE COUNTY
MY COMM. EXP. MAR. 22, 2024

Before you use this form, fill in all blanks, and make whatever changes are appropriate and necessary to your particular transaction. Consult a lawyer if you doubt the form's fitness for your purpose and use.



**CALIFORNIA
ASSOCIATION
OF REALTORS®**

# BUYER'S INSPECTION ADVISORY
### (C.A.R. Form BIA-A, Revised 10/02)

Property Address: _4518 Adenmoor Ave, Lakewood  CA  90713_____ ("Property").

**A. IMPORTANCE OF PROPERTY INVESTIGATION:** The physical condition of the land and improvements being purchased is not guaranteed by either Seller or Brokers. For this reason, you should conduct thorough investigations of the Property personally and with professionals who should provide written reports of their investigations. A general physical inspection typically does not cover all aspects of the Property nor items affecting the Property that are not physically located on the Property. If the professionals recommend further investigations, including a recommendation by a pest control operator to inspect inaccessible areas of the Property, you should contact qualified experts to conduct such additional investigations.

**B. BUYER RIGHTS AND DUTIES:** You have an affirmative duty to exercise reasonable care to protect yourself, including discovery of the legal, practical and financial implications of disclosed facts, and the investigation and verification of information and facts that you know or that are within your diligent attention and observation. The purchase agreement gives you the right to investigate the Property. If you exercise this right, and you should, you must do so in accordance with the terms of that agreement. This is the best way for you to protect yourself. It is extremely important for you to read all written reports provided by professionals and to discuss the results of inspections with the professional who conducted the inspection. You have the right to request that Seller make repairs, corrections or take other action based upon items discovered in your investigations or disclosed by Seller. If Seller is unwilling or unable to satisfy your requests, or you do not want to purchase the Property in its disclosed and discovered condition, you have the right to cancel the agreement if you act within specific time periods. If you do not cancel the agreement in a timely and proper manner, you may be in breach of contract.

**C. SELLER RIGHTS AND DUTIES:** Seller is required to disclose to you material facts known to him/her that affect the value or desirability of the Property. However, Seller may not be aware of some Property defects or conditions. Seller does not have an obligation to inspect the Property for your benefit nor is Seller obligated to repair, correct or otherwise cure known defects that are disclosed to you or previously unknown defects that are discovered by you or your inspectors during escrow. The purchase agreement obligates Seller to make the Property available to you for investigations.

**D. BROKER OBLIGATIONS:** Brokers do not have expertise in all areas and therefore cannot advise you on many items, such as soil stability, geologic or environmental conditions, hazardous or illegal controlled substances, structural conditions of the foundation or other improvements, or the condition of the roof, plumbing, heating, air conditioning, electrical, sewer, septic, waste disposal, or other system. The only way to accurately determine the condition of the Property is through an inspection by an appropriate professional selected by you. If Broker gives you referrals to such professionals, Broker does not guarantee their performance. You may select any professional of your choosing. In sales involving residential dwellings with no more than four units, Brokers have a duty to make a diligent visual inspection of the accessible areas of the Property and to disclose the results of that inspection. However, as some Property defects or conditions may not be discoverable from a visual inspection, it is possible Brokers are not aware of them. If you have entered into a written agreement with a Broker, the specific terms of that agreement will determine the nature and extent of that Broker's duty to you. **YOU ARE STRONGLY ADVISED TO INVESTIGATE THE CONDITION AND SUITABILITY OF ALL ASPECTS OF THE PROPERTY. IF YOU DO NOT DO SO, YOU ARE ACTING AGAINST THE ADVICE OF BROKERS.**

**E. YOU ARE ADVISED TO CONDUCT INVESTIGATIONS OF THE ENTIRE PROPERTY, INCLUDING, BUT NOT LIMITED TO THE FOLLOWING:**

1. **GENERAL CONDITION OF THE PROPERTY, ITS SYSTEMS AND COMPONENTS:** Foundation, roof, plumbing, heating, air conditioning, electrical, mechanical, security, pool/spa, other structural and non-structural systems and components, fixtures, built-in appliances, any personal property included in the sale, and energy efficiency of the Property. (Structural engineers are best suited to determine possible design or construction defects, and whether improvements are structurally sound.)
2. **SQUARE FOOTAGE, AGE, BOUNDARIES:** Square footage, room dimensions, lot size, age of improvements and boundaries. Any numerical statements regarding these items are APPROXIMATIONS ONLY and have not been verified by Seller and cannot be verified by Brokers. Fences, hedges, walls, retaining walls and other natural or constructed barriers or markers do not necessarily identify true Property boundaries. (Professionals such as appraisers, architects, surveyors and civil engineers are best suited to determine square footage, dimensions and boundaries of the Property.)
3. **WOOD DESTROYING PESTS:** Presence of, or conditions likely to lead to the presence of wood destroying pests and organisms and other infestation or infection. Inspection reports covering these items can be separated into two sections: Section 1 identifies areas where infestation or infection is evident. Section 2 identifies areas where there are conditions likely to lead to infestation or infection. A registered structural pest control company is best suited to perform these inspections.
4. **SOIL STABILITY:** Existence of fill or compacted soil, expansive or contracting soil, susceptibility to slippage, settling or movement, and the adequacy of drainage. (Geotechnical engineers are best suited to determine such conditions, causes and remedies.)

The copyright laws of the United States (Title 17 U.S. Code) forbid the unauthorized reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats.
Copyright © 1991-2004, CALIFORNIA ASSOCIATION OF REALTORS®, INC. ALL RIGHTS RESERVED.

Buyer's Initials ( **X✗VC** ) (_____)
Seller's Initials ( **X**_____ ) ( **X**_____ )

| Reviewed by _____ Date _____ |



EQUAL HOUSING
OPPORTUNITY

**BIA-A REVISED 10/02 (PAGE 1 OF 2)**

### BUYER'S INSPECTION ADVISORY (BIA-A PAGE 1 OF 2)

| Agent: Shuchen Wu          Phone: (626) 839 - 1261          Fax:(626) 839 - 0492          Prepared using WINForms® software |
|---|
| Broker: Nationwide Realty 17360 Colima Rd., #221 Rowland Heights, CA  91748 |

# EXHIBIT #7

DOC # 2022-0185669
03/21/2022 04:35 PM Fees: $98.00
Page 1 of 4
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

**This document was electronically submitted
to the County of Riverside for recording**
Receipted by: ALEJANDRA#1032

RECORDING REQUESTED BY

Hallie D. Hannah, Esq.

AND WHEN RECORDED MAIL DOCUMENT TO:

NAME Law Office of Mitchell B. Hannah

STREET ADDRESS

100 Pacifica, Suite 370

CITY, STATE &
ZIP CODE

Irvine, CA 92618

SPACE ABOVE FOR RECORDER'S USE ONLY

## NOTICE OF PENDENCY OF ACTION

Title of Document

**Pursuant to Assembly Bill 1466 – Restrictive Covenant (GC Code Section 27388.2), effective January 1, 2022, a fee of two dollars ($2) for recording the first page of every instrument, paper, or notice required or permitted by law to be recorded per each single transaction per parcel of real property, except those expressly exempted from payment of recording fees, as authorized by each county's board of supervisors and in accordance with applicable constitutional requirements.**

**Pursuant to Senate Bill 2 – Building Homes and Jobs Act (GC Code Section 27388.1), effective January 1, 2018, a fee of seventy-five dollars ($75.00) shall be paid at the time of recording of every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel of real property. The fee imposed by this section shall not exceed two hundred twenty-five dollars ($225.00).**

☐ Exempt from fee per GC 27388.1(a)(2) and 27388.2 (b); recorded in connection with a transfer subject to the imposition of documentary transfer tax (DTT).

☐ Exempt from fee per GC 27388.1(a)(2) and 27388.2 (b); recorded in connection with a transfer of real property that is a residential dwelling to an owner-occupier.

☐ Exempt from fee per GC 27388.1 (a) (1); fee cap of $225.00 reached.

☐ Exempt from the fee per GC 27388.1 (a) (1); not related to real property.

**THIS COVER SHEET ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
($3.00 Additional Recording Fee Applies)**

1  **MITCHELL B. HANNAH    CSB*138232**
   **HALLIE D. HANNAH    CSB *158558**
2  LAW OFFICE OF MITCHELL B. HANNAH
   100 Pacifica, Suite 370
3  Irvine, CA 92618
   Telephone: (949) 477-9020
4  Facsimile : (949) 477-9080
   email: mhannah@hannahlaw.com
5  email: hallie@hannahlaw.com

6

7  Attorneys for Plaintiff EMILIO CERON

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                         COUNTY OF RIVERSIDE

10

|  |  |
|---|---|
| EMILIO CERON, | CASE NO.: CVRI2201042 |
| Plaintiff, | **NOTICE OF PENDENCY OF ACTION (LIS PENDENS)** |
| vs. | |
| GEOGIANG JOSEPH YUE aka JOSEPH YUE, individually and as Trustees of the YUE FAMILY TRUST aka THE YUE FAMILY REVOCABLE TRUST; SHU-CHEN WU aka SHUCHEN SUSAN WU aka SUSAN WU, individually and as Trustees of the YUE FAMILY TRUST aka THE YUE FAMILY REVOCABLE TRUST; GLOBAL INVESTMENT, INC. a California corporation; Does 1 through 15 | [Related to Case No. RIC 2003142]  UNLIMITED CIVIL DAMAGES EXCEED $25,000.00  Case Assigned for all purposes to: Honorable O.G. Magno Department 7 |
| Defendants. | |

21

22         NOTICE IS HEREBY GIVEN that an action has been commenced in the Superior Court for

23  the County of Riverside, in the above-entitled Court, Case No. CVRI2201042, concerning real

24  property and affecting possession of and title to real property by Plaintiff EMILIO CERON against

25  Defendants GEOGIANG JOSEPH YUE aka JOSEPH YUE, individually and as Trustees of the YUE

26  FAMILY TRUST aka THE YUE FAMILY REVOCABLE TRUST; SHU-CHEN WU aka

27  SHUCHEN SUSAN WU aka SUSAN WU, individually and as Trustees of the YUE FAMILY

28  TRUST aka THE YUE FAMILY REVOCABLE TRUST; GLOBAL INVESTMENT, INC. a

    California corporation.

                                       1
              **NOTICE OF PENDENCY OF ACTION  (LIS PENDENS)**

Case 6:23-ap-01019-RB    Doc 60-3    Filed 03/06/25    Entered 03/06/25 14:03:28    Desc
Declaration in support of Motion for Summary Judgment    Page 25 of 42

DOC #2022-0135669 Page 3 of 4

1    The real property, comprising the subject matter of this action is certain real property located

2    within the County of Riverside, APN #243-500-026 and commonly known as 7907 Horizon View

3    Drive, Riverside, CA 92506. The mentioned parcel of real property is located within the State of

4    California and is legally described as follows:

5        Lot 26 of Tract No. 28907-1, in the City of Riverside, County of Riverside, State of

6    California, as shown by map on file in Book 338, Pages 26 through 32 of maps, records of Riverside

7    County, California.

8

9    Dated: March 21, 2022                    LAW OFFICE OF MITCHELL B. HANNAH

10

11    By:                    MITCHELL B. HANNAH
                             HALLIE D. HANNAH

12                           Attorneys for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case 6:23-ap-01019-RB    Doc 60-3    Filed 03/06/25    Entered 03/06/25 14:03:28    Desc 4 of 4
Declaration in support of Motion for Summary Judgment    Page 26 of 42
DOC #2022-0135669  Page 4 of 4

## PROOF OF SERVICE BY MAIL

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 100 Pacifica, Suite 370, Irvine, CA 92618.

On **March 21, 2022** I served the foregoing documents described as **NOTICE OF PENDENCY OF ACTION (LIS PENDENS)** on the interested parties in this action placing true and correct copies thereof is a sealed envelope addressed as follows:

| | |
|---|---|
| SHU-CHEN WU aka SHUCHEN SUSAN WU aka SUSAN WU, individually and as Trustee of the YUE FAMILY TRUST aka THE YUE FAMILY REVOCABLE TRUST<br><br>7907 Horizon View Drive<br>Riverside, CA 92506<br>Tele: 626-428-9226<br>Email: susanwu72@gmail.com | GOGIANG JOSEPH YUE aka JOSEPH YUE, individually and as Trustee of the YUE FAMILY TRUST aka THE YUE FAMILY REVOCABLE TRUST<br><br>7907 Horizon View Drive<br>Riverside, CA 92506<br>Tele: 626-428-9227<br>Email: josephyue430@gmail.com |
| GLOBAL INVESTMENT, INC., a California corporation<br>c/o SHUCHEN WU<br>2108 N Street, Suite N<br>Sacramento, CA 95816 | GLOBAL INVESTMENT, INC., a California corporation<br>c/o NORTHWEST REGISTERED AGENT, INC.<br>2108 N. Street, Suite N<br>Sacramento, CA 95816 |

[X]  (SERVICE BY MAIL CCP §1013(a) - On March 21, 2022 I caused the above-mentioned items to be served via U.S. Mail - **CERTIFIED/RETURN RECEIPT REQUESTED** on the above-listed party or parties. (Extends right for response by five calendar days if service in CA or 10 days outside CA but in US or 20 calendar days outside US).

[ ]  (ONLY BY ELECTRONIC TRANSMISSION) On __ _____ by e-mailing the document(s) to the person at the e-mail addresses listed above. Pursuant to California Rule of Court, Emergency Rule 12, effective April 17, 2020, during the Coronavirus (COVID-19) pandemic, this office will use electronic mail for service purposes.

[ ]  By Electronically Serving: On __ __ _____ __, 2022, I caused the above mentioned document(s) to be electronically served at email address(es) noted above.

[ ]  (EXPRESS MAIL SERVICE CCP §1013(c) - On _____ , I caused the above-mentioned items to be served via Express Mail on the above-listed party or parties. (Extends right for response by two court days).

[ ]  (FACSIMILE SERVICE CCP §1013(e) - On ___ __ _____ , I caused the above-mentioned items to be served via facsimile on the above-listed parties and the parties or attorneys for the parties have agreed to service by this method and a written confirmation of that agreement has been made. The parties have agreed to the facsimile numbers to be used for service. (Extends right for response by two court days).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 21, 2022 at Irvine, California.

CAROL FAULKNER

# EXHIBIT #8

**2024-0067451**

03/12/2024 10:38 AM Fee: $ 100.00
Page 1 of 4
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

PLEASE COMPLETE THIS INFORMATION
RECORDING REQUESTED BY:

*Shu Chen Wu*

AND WHEN RECORDED MAIL TO:
AND MAIL TAX STATEMENTS TO:

*7907 Horizon View Dr.*
*Riverside, CA 9>506*

Space above this line for recorder's use only

8427

*Order Granting Debtor's Motion to Avoid Lien Under*
*11 U.S.C. § 5>> (f) (Real Property)*

Title of Document

**TRA:** _____

**DTT:** _____

Pursuant to Assembly Bill 1466 -- Real Property: Discriminatory Restrictions (GC Code Section 27388.2), effective January 1, 2022, a fee of two dollars ($2.00) may be charged for recording the first page of every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel of real property.

Pursuant to Senate Bill 2 -- Building Homes and Jobs Act (GC Code Section 27388.1), effective January 1, 2018, a fee of seventy-five dollars ($75.00) shall be paid at the time of recording of every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel of real property. The fee imposed by this section shall not exceed two hundred twenty-five dollars ($225.00).

☐    This document is a transfer that is subject to the imposition of documentary transfer tax.

☐    This is a document recorded in connection with a transfer that is subject to the imposition of documentary transfer tax.
Document reference:_____

☐    This document is a transfer of real property that is a residential dwelling to an owner-occupier.

☐    This is a document recorded in connection with a transfer of real property that is a residential dwelling to an owner-occupier.
Document reference:_____

**THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION**
**($3.00 Additional Recording Fee Applies)**

ACR 238 (Rev. 6/2023)        Available in Alternate Formats

| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston (297798)<br>NEXUS BANKRUPTCY<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Tel: 949-312-1377<br>Fax: 949-288-2054<br>ben@nexusbk.com<br><br>☐ *Debtor appearing without attorney*<br>☒ *Attorney for: Debtors* | **FILED & ENTERED**<br><br>**JUN 15 2023**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY cargill    DEPUTY CLERK<br><br>CHANGES MADE BY COURT |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

| In re:<br><br>SHU-CHEN WU and<br><br>GEOGIANG YUE, | CASE NUMBER: 6:22-bk-14173-RB<br><br>CHAPTER: 13 |
|---|---|
| | **ORDER ☒ GRANTING ☐ DENYING**<br>**DEBTOR'S MOTION TO AVOID LIEN UNDER**<br>**11 U.S.C. §522(f) (REAL PROPERTY)** |
| | ☐ No hearing held<br>☒ Hearing held<br>DATE: May 17, 2023<br>TIME: 11:00 AM<br>COURTROOM: 303<br>ADDRESS: 3420 Twelfth Street<br>                  Riverside, CA 92501 |
| Debtor(s). | |

**Creditor Holding Lien to be Avoided** (*name*): **EMILIO CERON**

The Motion was:    ☒ Opposed    ☐ Unopposed    ☐ Settled by stipulation

Pursuant to 11 U.S.C. § 522(f), Debtor moved to avoid a judicial lien on real property claimed to be exempt.  The court finds and orders as follows:

1. ☐ Notice of this Motion complied with LBR 9013-1(d).

2. ☒ Notice of this Motion complied with LBR 9013-1(o).

   a. ☐ There was no opposition and request for hearing.

   b. ☒ Hearing requested and held as indicated in the caption.

3. ☒ Motion granted as set forth in the *Notice of Tentative Ruling re Motion to Avoid Lien under § 522(f)*, ECF doc.
       61, and the **Attachment** to this order.

---

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.
"FRBP" refers to the Federal Rules of Bankruptcy Procedure.  "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

| | | |
|---|---|---|
| *December 2017* | Page 1 | **F 4003-2.1.AVOID.LIEN.RP.ORDER** |
| | | *Kathleen J. Campbell, Clerk Of Court* |

**Certified true copy by the Clerk of Court on March 12, 2024.**

4. ☐ Motion denied on the following grounds:       ☐ with prejudice   ☐ without prejudice

    a. ☐ Insufficient notice

    b. ☐ Insufficient evidence of the exempt status of the property in question

    c. ☐ Failure to comply with FRBP 7004(b)(3) or FRBP 7004(h).

    d. ☐ Insufficient evidence of fair market value.

    e. ☐ Motion is incomplete.

    f. ☐ Other (*specify*):

5. ☐ The court further orders as follows (*specify*):

    ☐ See attached page

###

Date: June 15, 2023

*Magdalena Reyes Bordeaux*
Magdalena Reyes Bordeaux
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2017

F 4003-2.1.AVOID.LIEN.RP.ORDER

Certified true copy by the Clerk of Court on March 12, 2024.

*Kathleen J. Campbell, Clerk Of Court*

# EXHIBIT #9

OCT 2 7 2021

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

NOV 1 2 2021

C. Marias

KKL

NOV 1 7 2021

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF RIVERSIDE

| | |
|---|---|
| EMILIO CERON, | CASE NO.: RIC 2003142 |
| Plaintiff, | [PROPOSED] STATEMENT OF DECISION |
| vs. | |
| GEOGIANG JOSEPH YUE aka JOSEPH YUE, individually and as Trustees of the YUE FAMILY TRUST aka THE YUE FAMILY REVOCABLE TRUST; SCHUCHEN SUSAN WU aka SUSAN WU, individually and as Trustees of the YUE FAMILY TRUST aka THE YUE FAMILY REVOCABLE TRUST; PURE LOGIC ESCROW, INC.; Does 1 through 15 | Trial Heard:<br><br>**DATE: October 20, 2021**<br>**TIME: 8:30 a.m.**<br>**DEPT: 2** |
| Defendants. | UNLIMITED CIVIL<br>DAMAGES EXCEED $25,000.00 |
| | Case Assigned for all purposes to:<br>Honorable Carol Greene<br>Department 02 |

The above-entitled cause came on regularly for trial on October 20, 2021 in Department 2 of the above-entitled court, the Honorable Carol Greene, Judge, Presiding without a jury, and was tried on that date. Mitchell B. Hannah appeared as counsel for Plaintiff EMILIO CERON ("Plaintiff" or "Ceron"). Defendants GEOGIANG JOSEPH YUE aka JOSEPH YUE, individually and as Trustee of the YUE FAMILY TRUST aka THE YUE FAMILY REVOCABLE TRUST ("Defendant" or "Yue") and SHU-CHEN WU aka SHUCHEN SUSAN WU aka SUSAN WU, individually and as Trustees of the YUE FAMILY TRUST aka THE YUE FAMILY REVOCABLE TRUST ("Defendant" or "Wu") appeared in pro per. (Collectively Defendant Yue and Wu may be

1

1 | referred to as "Defendants").

2 | Oral testimony and documentary evidence was introduced on behalf of the respective parties

3 | and the cause argued and submitted for decision. The Court having considered the evidence and

4 | heard the arguments of counsel and Defendants and being fully advised, issues this Statement of

5 | Decision After Trial in this matter as follows. The transcripts of the Court's findings of fact as set

6 | forth from the bench are attached hereto as Exhibit 1.

7 | 1. BREACH OF CONTRACT

8 | Plaintiff's Complaint at trial alleged a cause of action for breach of contract.

9 | The Court finds that on March 16, 2020, the parties entered to a valid contract, a Residential

10 | Purchase Agreement and Joint Escrow Instructions, for the purchase of the real property located

11 | 16747 Catalonia Drive, Riverside, California owned and being sold by Defendants. Defendant Wu

12 | is also real estate broker and has been for twenty five (25) years.

13 | The parties opened escrow on March 17, 2020. Plaintiff deposited, and escrow received, the

14 | earnest money deposit ("EMD") in the amount of $25,950.00 on March 18, 2020. On March 19,

15 | 2020 State Wide Shelter in Place Orders were issued due to Covid 19. On March 23, 2020, one

16 | week after the contract was entered into, Plaintiff sent notice of Cancellation of Contract to

17 | Defendants, as he could not qualify for a loan because of his decreased income as a result of the

18 | Covid 19 pandemic. Defendants contend that the Cancellation of Contract and Release of Deposit

19 | and Cancellation of Escrow was not an effective cancellation and therefore, Plaintiff is not entitled

20 | to the return of his EMD; and that Plaintiff was required to provide proof that he could not qualify

21 | for a loan. There was insufficient evidence to support Defendants' position.

22 | The Court resolves these issues in favor or Plaintiff and finds that there was an effective,

23 | timely cancellation of contract, and that there was no good faith dispute over the EMD because the

24 | contract does not require proof that one cannot qualify for the loan. Despite no requirement for proof

25 | that one cannot qualify for the loan, Plaintiff did provide evidence from the lender that he did not

26 | qualify for a loan due to Covid-19.

27 | The Court finds the testimony of Plaintiff and his real estate agent, Nora Ochoa, more

28 | credible than the testimony of Defendants; and therefore, the testimony offered by Plaintiff

2

[PROPOSED] STATEMENT OF DECISION

1  preponderates in favor of Plaintiff. The Court finds in favor of Plaintiff Ceron on his Complaint, and

2  Plaintiff is deemed the prevailing party in this action and Plaintiff shall be entitled to the following

3  damages:

4      EMD sums due Plaintiff                    $ 25,950.00

5      Interest from 03.17.20 to 10.20.21           4,138.02

6      Attorney Fees - per motion                    TBD

7      Costs - per memorandum of costs               TBD

8      The escrow funds interplead with this Court by Pure Logic Escrow on or after October 26,

9  2020 in the amount of $24,455.00, shall be released to Plaintiff care of his counsel upon this Court

10  signing a valid judgment in partial satisfaction of the judgment.

11

12  Dated: _Nov. 4_, 2021

13                                          THE HONORABLE CAROLE GREENE
                                            Judge of the Superior Court

14

15  Respectfully submitted:

16

17  MITCHELL B. HANNAH
    Attorney for Plaintiff Emilio Ceron
18  Dated: October 25, 2021

19

20

21

22

23

24

25

26

27

28

                        3
        [PROPOSED] STATEMENT OF DECISION

# EXHIBIT #10

Case Number CVRI2201042 0000014821413 - W. Samuel Hamrick Jr., Executive Officer/Clerk of the Court By Brigit Prado, Clerk

1    **MITCHELL B. HANNAH    CSB*138232**
     **HALLIE D. HANNAH    CSB *158558**
2    LAW OFFICE OF MITCHELL B. HANNAH
     100 Pacifica, Suite 370
3    Irvine, CA 92618
     Telephone:  (949) 477-9020
4    Facsimile :   (949) 477-9080
     email: mhannah@hannahlaw.com
5    email: hallie@hannahlaw.com

6

     Attorneys for Plaintiff EMILIO CERON
7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                      COUNTY OF RIVERSIDE

10

     EMILIO CERON,                        )    CASE NO.: CVRI2201042
11                                        )
                Plaintiff,                )    **COMPLAINT  TO  SET  ASIDE**
12                                        )    **FRAUDULENT CONVEYANCE**
     vs.                                  )
13                                        )    [Related to Case No. RIC 2003142]
     GEOGIANG JOSEPH YUE aka JOSEPH YUE,  )
14   individually and as Trustees of the YUE )
     FAMILY TRUST aka THE YUE FAMILY      )
15   REVOCABLE TRUST; SHU-CHEN WU aka     )    UNLIMITED CIVIL
     SHUCHEN SUSAN WU aka SUSAN WU,       )    DAMAGES EXCEED $25,000.00
16   individually and as Trustees of the YUE )
     FAMILY TRUST aka THE YUE FAMILY      )    Case Assigned for all purposes to:
17   REVOCABLE  TRUST;  GLOBAL            )
     INVESTMENT, INC. a California corporation;)
18   Does 1 through 15                    )
                                          )
19              Defendants.               )

20

21

22      Plaintiff, EMILIO CERON, alleges:

23      1.    Plaintiff is EMILIO CERON is an individual, residing in the County of Riverside,

     State of California.  Plaintiff EMILIO CERON will hereinafter be referred to as Plaintiff.
24

25      2.    Defendant GEOGIANG JOSEPH YU, an aka JOSEPH YUE, individually and as

26   Trustees of the YUE FAMILY TRUST aka THE YUE FAMILY REVOCABLE TRUST (hereinafter

     Defendant "YUE") is an individual residing and doing business in the County of Riverside, State of
27

28   California, and a trustee of a revocable living trust and will hereinafter referred to as Defendant 1.

                                          1
     **COMPLAINT TO SET ASIDE FRAUDULENT CONVEYANCE**

3.        Defendant 2 is SHU-CHEN WU aka SHUCHEN SUSAN WU aka SUSAN WU, individually and as Trustees of the YUE FAMILY TRUST aka THE YUE FAMILY REVOCABLE TRUST (hereinafter Defendant "WU") is an individual residing and doing business in the County of Riverside, State of California, and a trustee of a revocable living trust and will hereinafter referred to as Defendant 2.

4.        Defendant GLOBAL INVESTMENT, INC., a California corporation (hereinafter Defendant "GLOBAL INVESTMENT) is a California Corporation, authorized and doing business in the State of California and will be referred to as Defendant 3.

5.        Plaintiff is ignorant of the true names and capacities of Defendants Does 1 through 15, inclusive, and therefore, sues these Defendants by such fictitious names. Plaintiff will amend this Complaint to allege their true names and capacities when the same are ascertained.  Plaintiff is informed and believes and on that basis alleges that each of the fictitiously named Defendants is responsible in some manner for the damages herein alleged.

6.        Plaintiff is informed and believes and thereon alleges that, in performing each of the acts herein alleged, each of the Defendants, was the agent, employee and servant of the other Defendants, and in doing the things herein alleged, was acting within th scope and course of such relationship.

7.        The property at issue is located at 7907 Horizon View Drive, Riverside, CA 92506 (hereinafter the "PROPERTY").

8.        On November 4, 2021, Plaintiff obtained a judgment against Defendants 1 and 2 in the amount of $30,088.02 in an action to recover Plaintiff's Earnest Money Deposit that Defendants YUE and WU wrongfully withheld based upon a written contract that provided for attorney's fees to the prevailing party.  The action was filed and tried in the Riverside Superior Court, Case No. RIC 200314 (hereinafter referred to as the RELATED CASE).  A copy of the judgment is attached hereto as Exhibit "A" and incorporated herein by reference.

9.        On January 24, 2022, the Judgment was amended to add attorney fees and costs for a total judgment of $78,987.52.   Notice of Entry of the Judgment of was sent to Defendants YUE and WU on February 22, 2022 by way of email and First Class U.S. Mail, a copy of the Notice of

2

**COMPLAINT TO SET ASIDE FRAUDULENT CONVEYANCE**

1   Entry and Amended Judgment is attached hereto as Exhibit "B" and incorporated herein by

2   reference.

3         10.    The Court was holding interplead funds from escrow in the amount of $24,455.00.

4   After crediting this amount, the balance of the judgment is $54,532.52, plus interest from the date

5   of the initial judgment, November 4, 2021.

6         11.    In the RELATED CASE, Plaintiff's Complaint was filed on July 20, 2020. At that

7   time, Defendants 1 and 2 owned the PROPERTY located and were residing in the property at 7907

8   Horizon View Drive, Riverside, CA 92506.

9         12.    The time line of events regarding Defendants 1 and 2's fraudulent conveyance of the

10  PROPERTY in relation to the RELATED CASE is:

| RELATED CASE EVENTS | DATE | EVENTS TAKEN BY DEFENDANTS |
|---|---|---|
| Mediation | June 8, 2021 | |
| | June 29, 2021 | Defendant 2 forms GLOBAL INVESTMENTS, INC. with California Secretary of State. Defendant 2 is the sole director and officer |
| | August 6, 2021 | Defendant 2 deeds the PROPERTY to GLOBAL INVESTMENT for $0 consideration ($0 documentary transfer tax noted on the deed) 14 days before scheduled Trial date in RELATED CASE |
| Trial Setting Conference | August 9, 2021 | |
| Trial | October 20, 2021 | |
| Judgment entered in favor of Plaintiff and against Defendants 1 and 2 | November 4, 2021 | |

22        13.    Plaintiff requested Defendants 1 and 2 to pay the judgment, but it was not paid.

23

24        14.    The conveyance by Defendants 1 and 2 to Defendant 3 was made with the intent to

25  hinder, delay and defraud Plaintiff because there was no consideration for the transfer and this

26  PROPERTY was the only asset available to satisfy Plaintiff's judgment.

27        15.    Plaintiff is entitled to relief for the fraudulent transfer made by Defendants 1 and 2

28  pursuant to *Civil Code* §3439.07.

3

**COMPLAINT TO SET ASIDE FRAUDULENT CONVEYANCE**

16.    By virtue of their fraudulent conduct in the connection with the transfer of the PROPERTY Defendants and each of them have exhibited a pattern of oppressive, fraudulent and/or malicious conduct in their actions. Accordingly, Plaintiff seeks an award of punitive or exemplary damages against each Defendant, in an amount subject to proof at trial.

WHEREFORE, Plaintiff prays for judgment against Defendants and each of them as follows:

1.    For an Order that the conveyance from Defendant 2 be set aside to the extent necessary to satisfy Plaintiff's judgment against Defendants 1 and 2 in the amount of $54,532.52, plus interest and post judgment costs;

2.    Plaintiff's reasonable attorney fees and costs of suit incurred herein;

3.    For exemplary damages; and

4.    Such other and further relief as may be just and proper.

Dated: March 9, 2022                LAW OFFICE OF MITCHELL B. HANNAH

MITCHELL B. HANNAH
HALLIE D. HANNAH
Attorney for Plaintiff

4

**COMPLAINT TO SET ASIDE FRAUDULENT CONVEYANCE**

## PROOF OF SERVICE BY MAIL

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 100 Pacifica, Suite 370, Irvine, CA 92618.

On February 22, 2022, I served the foregoing documents described as **NOTICE OF ENTRY OF JUDGMENT** on the interested parties in this action placing true and correct copies thereof is a sealed envelope addressed as follows:

| | |
|---|---|
| SHU-CHEN WU aka SCHUCHEN SUSAN WU aka SUSAN WU, individually and as Trustee of the YUE FAMILY TRUST aka THE YUE FAMILY REVOCABLE TRUST<br><br>7907 Horizon View Drive<br>Riverside, CA 92506<br>Tele: 626-428-9226<br>Email: susanwu72@gmail.com<br><br>Defendant in Pro Per | GOGIANG JOSEPH YUE aka JOSEPH YUE, individually and as Trustee of the YUE FAMILY TRUST aka THE YUE FAMILY REVOCABLE TRUST<br><br>7907 Horizon View Drive<br>Riverside, CA 92506<br>Tele: 626-428-9227<br>Email: josephyue430@gmail.com<br><br>Defendant in Pro Per |

[X]   (SERVICE BY MAIL CCP §1013(a) - On February 22, 2022, I caused the above-mentioned items to be served via U.S. Mail on the above-listed party or parties. (Extends right for response by five calendar days if service in CA or 10 days outside CA but in US or 20 calendar days outside US).

[ ]   (ONLY BY ELECTRONIC TRANSMISSION) On _____, 2021, by e-mailing the document(s) to the person at the e-mail addresses listed above. Pursuant to California Rule of Court, Emergency Rule 12, effective April 17, 2020, during the Coronavirus (COVID-19) pandemic, this office will use electronic mail for service purposes.

[X]   By Electronically Serving: On February 22, 2022, I caused the above mentioned document(s) to be electronically served at email address(es) noted above.

[ ]   (EXPRESS MAIL SERVICE CCP §1013(c) - On _____, I caused the above-mentioned items to be served via Express Mail on the above-listed party or parties. (Extends right for response by two court days).

[ ]   (FACSIMILE SERVICE CCP §1013(e) - On _____, I caused the above-mentioned items to be served via facsimile on the above-listed parties and the parties or attorneys for the parties have agreed to service by this method and a written confirmation of that agreement has been made. The parties have agreed to the facsimile numbers to be used for service. (Extends right for response by two court days).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 22, 2022, at Irvine, California.

CAROL FAULKNER

# EXHIBIT #11

**CM-180**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| MITCHELL B. HANNAH                                      138232<br>LAW OFFICE OF MITCHELL B. HANNAH<br>100 Pacifica, Suite 370<br>Irvine, CA 92618<br>TELEPHONE NO.: (949) 477-9020    FAX NO. *(Optional):* (949) 477-9080<br>E-MAIL ADDRESS *(Optional):*  mhannah@hannahlaw.com<br>ATTORNEY FOR *(Name):*  Plaintiff EMILIO CERON | Electronically FILED by Superior Court of California, County of Riverside on 11/21/2022 02:09 PM<br>Case Number CVRI2201042 0000040370714 - W. Samuel Hamrick Jr., Executive Officer/Clerk of the Court By Araceli Amezcua, Clerk |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** RIVERSIDE
STREET ADDRESS: 4050 Main Street
MAILING ADDRESS:
CITY AND ZIP CODE: Riverside, CA 92501
BRANCH NAME: RIVERSIDE HISTORIC COURTHOUSE

PLAINTIFF/PETITIONER:    EMILIO CERON

DEFENDANT/RESPONDENT: GEOGIANG JOSEPH YUE aka JOSEPH YUE, etc. et al.

| NOTICE OF STAY OF PROCEEDINGS | CASE NUMBER:<br>CVRI 2201042 |
|---|---|
| | JUDGE: O.G. Magno |
| | DEPT: 7 |

**To the court and to all parties:**

1.  Declarant *(name)* : MITCHELL B. HANNAH

    a. ☐ is  ☐ the party  ☑ the attorney for the party  who requested or caused the stay.

    b. ☐ is  ☐ the plaintiff or petitioner  ☐ the attorney for the plaintiff or petitioner. The party who requested the stay has not appeared in this case or is not subject to the jurisdiction of this court.

2.  This case is stayed as follows:

    a. ☐ With regard to all parties.

    b. ☑ With regard to the following parties *(specify by name and party designation):*
    Defendants (1) Geogiang Joseph Yue aka Joseph Yue, individually as as Trustee of the Yue Family Trust aka The Yue Family Revocable Trust; and (2) Shu-Chen Wu aka Shuchen Susan Wu aka Susan Wu, individually and as Trustee of the Yue Famly Trust aka The Yue Revocable Trust

3.  Reason for the stay:

    a. ☑ Automatic stay caused by a filing in another court. *(Attach a copy of the Notice of Commencement of Case, the bankruptcy petition, or other document showing that the stay is in effect, and showing the court, case number, debtor, and petitioners.)*

    b. ☐ Order of a federal court or of a higher California court. *(Attach a copy of the court order.)*

    c. ☐ Contractual arbitration under Code of Civil Procedure section 1281.4. *(Attach a copy of the order directing arbitration.)*

    d. ☐ Arbitration of attorney fees and costs under Business and Professions Code section 6201. *(Attach a copy of the client's request for arbitration showing filing and service.)*

    e. ☐ Other:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 22 2022

MITCHELL B. HANNAH
(TYPE OR PRINT NAME OF DECLARANT)                            ► _____
                                                                          (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California
CM-180 [Rev. January 1, 2007]

**NOTICE OF STAY OF PROCEEDINGS**

Page 1 of 1

Cal. Rules of Court, rule 3.650
www.courtinfo.ca.gov

CEB ceb.com | Essential Forms