

**FILED & ENTERED**

**NOV 21 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY hawkinso DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>SHU-CHEN WU, and<br>GEOGIANG JOSEPH YUE,<br><br>　　　　　　Debtor(s). | CHAPTER 7<br><br>Case No.: 6:22-bk-14173-RB<br><br>Adv No:　6:23-ap-01019-RB<br><br>**JUDGMENT**<br><br>**Trial:**<br>Date:　　September 2-3, 2025<br>Time:　　1:00-4:00 p.m.<br>CTRM:　　303 |
| EMILIO CERON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SHU-CHEN WU, and<br>GEOGIANG JOSEPH YUE,<br><br>　　　　　　Defendant(s). | |

1  As set forth in the Memorandum of Decision After Trial, judgment is hereby granted in favor of Defendants. Accordingly, Plaintiff's request for relief under 11 U.S.C. § 523(a)(2) for actual fraud and § 523(a)(6) for willful and malicious injury is hereby denied.

IT IS SO ORDERED.

### 

Date: November 21, 2025

*Magdalena Reyes Bordeaux*
Magdalena Reyes Bordeaux
United States Bankruptcy Judge

-2-